**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

02/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jodi**<br>First Name<br>**L.**<br>Middle Name<br>**Auker**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) | First Name<br>Middle Name<br>Last Name<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Jodi**<br>First Name<br>**L.**<br>Middle Name<br>**Sturek**<br>Last Name | First Name<br>Middle Name<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _4_ _1_ _4_ _0_<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☐ I have not used any business names or EINs.

**Nittany Sleep, LLC**
Business name

**Furniture Solutions Outlet, LLC**
Business name

_____
Business name

**2 0 – 3 1 8 7 0 5 7**
EIN

**4 6 – 1 6 7 3 4 4 6**
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

**5. Where you live**

**145 Summit Drive**
Number   Street

_____

_____

**Centre Hall**     **PA**     **16828**
City        State    ZIP Code

**Centre**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City        State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number   Street

_____

_____

_____
City        State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City        State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document     Page 2 of 92

| | | |
|---|---|---|
| 8. | How you will pay the fee | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

| District | **Middle District of PA** | When | **05/05/2015** | Case number | **4-15-01927** |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | | When | | Case number | |
| | | | MM / DD / YYYY | | |
| District | | When | | Case number | |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known |
| | | MM / DD / YYYY | |

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known |
| | | MM / DD / YYYY | |

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

## Part 3:     Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes. Name and location of business

Name of business, if any

Number     Street

City                                          State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:     Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number     Street

City                                          State          ZIP Code

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document        Page 4 of 92

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document     Page 5 of 92

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Jodi L. Auker, Debtor 1

Executed on   03/05/2020
           MM / DD / YYYY

X _____
Signature of Debtor 2

Executed on _____
           MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____          Date  3/5/2020
Signature of Attorney for Debtor                          MM / DD / YYYY

**Tracy L. Updike**
Printed name

**Mette Evans and Woodside**
Firm Name

**3401 North Front Street**
Number        Street

_____

_____

**Harrisburg** _____          **PA**          **17110** _____
City                                          State        ZIP Code

Contact phone  **(717) 232-5000** _____          Email address **tlupdike@mette.com** _____

**88680** _____          **PA** _____
Bar number                                   State

Certificate Number: 15725-PAM-CC-034145927



15725-PAM-CC-034145927

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 26, 2020</u>, at <u>5:37</u> o'clock <u>PM EST</u>, <u>Jodi Auker</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Middle District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>February 26, 2020</u>     By:   <u>/s/Kasway Zongwe</u>

Name:  <u>Kasway Zongwe</u>

Title:   <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Fill in this information to identify your case and this filing:

| Debtor 1 | **Jodi** | **L.** | **Auker** |
|----------|----------|--------|-----------|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|----------|------|------|------|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**

**145 Summit Drive**
Street address, if available, or other description

| **Centre Hall** | **PA** | **16828** |
|----------|--------|-----------|
| City | State | ZIP Code |

**Centre**
County

**Residence at 145 Summit Drive, Centre Hall, PA 16828**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---------------------------------------|---------------------------------------|
| $382,500.00 | $382,500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple T/E**

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................** ➜ | **$382,500.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**........................................➜ | $0.00 |

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....

| **Household goods and furnishings including but not limited to 2 queen beds, 4 night stands, 3 dressers, 3 mirrors, 2 chests, 2 armoires, sofa table, king bed, bookshelf, sectional, cocktail table, chair, recliner, 2 end tables, 2 shelfs, sofa table, counter table with 4 stools, 2 shelfs, sofa, end table, 2 recliners, counter table with 4 stools, desk, 2 bookshelves, 2 hutches, 2 credenzas, TV stand, end table, etagere, 9 chairs, dining table, metal table, hutch, credenza, and other small miscellaneous household goods and home decor items** | $10,000.00 |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..... | **Electronics including a TV, DVD player and other small electronic items** | $2,000.00 |

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe..... | **Pool table and game table** | $500.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..... [                                        ]    _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... | Clothing | $300.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... | Jewelry including mother's diamond ring and costume jewelry | $2,000.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..... | cat ($10), dog ($10), approx. 30 yr old rescue horse ($0), 15 yr old gelded horse ($500) | $520.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............ [                                ]    _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................** ➔ | $15,320.00

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes................................................................................................ Cash: ........................    _____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................    Institution name:

| 17.1. | Checking account: | **Checking account with Customer's Bank Mobile** | $1.93 |
| 17.2. | Savings account: | **Savings account with Customer's Bank Mobile** | $0.81 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
information about
them..........................   Name of entity:                                    % of ownership:

**100% interest in Nittany Sleep, LLC (not operating
since 2012) and 100% interest in Furniture Solutions
Outlet (not operating since 2015)** _____   **100%** _____   **$0.00**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them..........................   Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes.  List each
account separately.    Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................                    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific
       information about them    _____    _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information                                    Federal: _____
       about them, including whether
       you already filed the returns                                    State:   _____
       and the tax years.....................
                                                                        Local:   _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information                  Alimony:              _____

                                                      Maintenance:          _____

                                                      Support:              _____

                                                      Divorce settlement:   _____

                                                      Property settlement:  _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
            compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information    _____    _____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance
       company of each policy
       and list its value.................    Company name:        Beneficiary:        Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died

    ☑ No
    ☐ Yes. Give specific information    _____    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim........    _____    _____

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document    Page 14 of 92

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................ ➔   **$2.74**

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

41. **Inventory**

☑ No
☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....   Name of entity:                           % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes.  Describe....

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................... ➜ | $0.00 |

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
_Examples:_ Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... | | _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................ | | _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... | | _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... | | _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................ | | _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**...................................................................... ➜ | $0.00 |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.............................. ➔ | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2**...................................................................................................... ➔ **$382,500.00**

56. **Part 2: Total vehicles, line 5**                                    **$0.00**

57. **Part 3: Total personal and household items, line 15**             **$15,320.00**

58. **Part 4: Total financial assets, line 36**                          **$2.74**

59. **Part 5: Total business-related property, line 45**                 **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**

61. **Part 7: Total other property not listed, line 54**            +    **$0.00**

62. **Total personal property.**    Add lines 56 through 61...................   **$15,322.74**   Copy personal   ➔   +   **$15,322.74**
                                                                                                property total

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62...........................................    **$397,822.74**

| Debtor 1 | **Jodi**<br>First Name | **L.**<br>Middle Name | **Auker**<br>Last Name |
|---|---|---|---|
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption may be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Residence at 145 Summit Drive, Centre Hall, PA 16828**<br>Line from *Schedule A/B*:  **1.1** | $382,500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document    Page 18 of 92

Debtor 1    **Jodi L. Auker** _____    Case number (if known) _____

| Part 2: | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Household goods and furnishings including but not limited to 2 queen beds, 4 night stands, 3 dressers, 3 mirrors, 2 chests, 2 armoires, sofa table, king bed, bookshelf, sectional, cocktail table, chair, recliner, 2 end tables, 2 shelfs, sofa table, counter table with 4 stools, 2 shelfs, sofa, end table, 2 recliners, counter table with 4 stools, desk, 2 bookshelves, 2 hutches, 2 credenzas, TV stand, end table, etagere, 9 chairs, dining table, metal table, hutch, credenza, and other small miscellaneous household goods and home decor items**<br>Line from *Schedule A/B*: __6__ | $10,000.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Electronics including a TV, DVD player and other small electronic items**<br>Line from *Schedule A/B*: __7__ | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Pool table and game table**<br>Line from *Schedule A/B*: __9__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Clothing**<br>Line from *Schedule A/B*: __11__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Jewelry including mother's diamond ring and costume jewelry<br>(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __12__ | $2,000.00 | ☑ $1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**Jewelry including mother's diamond ring and costume jewelry<br>(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __12__ | $2,000.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**cat ($10), dog ($10), approx. 30 yr old rescue horse ($0), 15 yr old gelded horse ($500)**<br>Line from *Schedule A/B*: __13__ | $520.00 | ☑ $520.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Checking account with Customer's Bank Mobile**<br>Line from *Schedule A/B*: __17.1__ | $1.93 | ☑ $1.93<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account with Customer's Bank Mobile**<br>Line from *Schedule A/B*: __17.2__ | $0.81 | ☑ $0.81<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jodi** | **L.** | **Auker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Shellpoint Mortgage Servicing**
Creditor's name
**for The Bank of New York Mellon**
Number    Street
**PO Box 10826**

**Greenville    SC    29603-0826**
City              State   ZIP Code

**Describe the property that secures the claim:**

**Residence at 145 Summit Drive, Centre Hall, PA 168**

| Column A | Column B | Column C |
|---|---|---|
| $388,304.90 | $382,500.00 | $5,804.90 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred **12/29/2006**    Last 4 digits of account number    **2    8    5    3**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$388,304.90**

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.2**

**Specialized Loan Servicing LLC**
Creditor's name
**for The Bank of New York Mellon**
Number    Street
**8742 Lucent Blvd, Suite 300**

_____

**Highlands Ranch  CO    80129**
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

**Residence at 145 Summit Drive, Centre Hall, PA 168**

| | | |
|---|---|---|
| $131,976.92 | $382,500.00 | $131,976.92 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred    **12/29/2006**    Last 4 digits of account number    **7  5  6  8**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $131,976.92 |
|---|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $520,281.82 |
|---|

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Buckley Madole, P.C.** | On which line in Part 1 did you enter the creditor? | **2.2** |
|---|---|---|---|
| | Name | | |
| | **c/o Andrew Kussmaul** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number    Street | | |
| | **PO Box 9013** | | |
| | | | |
| | **Addison**     **TX**     **75001** | | |
| | City      State     ZIP Code | | |

| 2 | **KML Law Group, PC** | On which line in Part 1 did you enter the creditor? | **2.1** |
|---|---|---|---|
| | Name | | |
| | **c/o Brooke R. Waisbord** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number    Street | | |
| | **Suite 5000, 701 Market Street** | | |
| | | | |
| | **Philadelphia**     **PA**     **19106** | | |
| | City      State     ZIP Code | | |

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document     Page 23 of 92

| Debtor 1 | **Jodi** | **L.** | **Auker** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $3,653.87 | $3,653.87 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**Insolvency Section - BK notice**
Number      Street
**PO Box 7346**

_____

**Philadelphia          PA     19101-7346**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___
**When was the debt incurred?**   **2012-2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify _____

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 24 of 92

| Part 1: | Your PRIORITY Unsecured Claims -- Continuation Page |
|---|---|

| After listing any entries on this page, number them sequentially from the previous page. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.2

|  | $6,611.10 | $6,611.10 | $0.00 |
|---|---|---|---|

**PA Department of Revenue**
Priority Creditor's Name
**Bankruptcy Section**
Number        Street
**PO Box 280946**

**Harrisburg**              **PA      17128**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

### 2.3

|  | Unknown | Unknown | Unknown |
|---|---|---|---|

**Pennsylvania Dept. of L & I**
Priority Creditor's Name
**UC Tax Matters**
Number        Street
**Office of Chief Counsel, 10th Fl**

**651 Boas Street**

**Harrisburg**              **PA      17121**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐    No.  You have nothing to report in this part. Submit this form to the court with your other schedules.

☑    Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| **4.1** | | **$121,109.61** |
|---|---|---|

**303 Benner Pike Holdings Ltd Partners**
Nonpriority Creditor's Name
**c/o Dana S. Plon, Esq.**
Number        Street
**Sirlin Lesser & Benson, PC**

**123 South Broad Street, Suite 2100**

**Philadelphia                    PA        19109**
City                                    State        ZIP Code

**Who incurred the debt?** Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
      **Business debt**

| **4.2** | | **$502.00** |
|---|---|---|

**611 MRI CT**
Nonpriority Creditor's Name
**2950 Fairway Drive, Suite 1**
Number        Street

**Altoona                    PA        16602**
City                                    State        ZIP Code

**Who incurred the debt?** Check one.
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    2013

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
      **Medical services**

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.3**

                                           $493.29

**Advanced Disposal**
Nonpriority Creditor's Name
**Solid Waste of PA**
Number    Street
**PO Box 74008047**

**Chicago**      **IL**    **60674**
City         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** 2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business debt**

---

**4.4**

                                           $742.00

**Ahmed Mohamet**
Nonpriority Creditor's Name
**426 Kemmerer Road**
Number    Street

**State College**      **PA**    **16801**
City         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** __ __ __ __

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business debt**

---

**4.5**

                                           $185.00

**Anne Norling**
Nonpriority Creditor's Name
**100 Hawknest Way, Apt. 15**
Number    Street

**Bellefonte**      **PA**    **16823**
City         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business debt**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document    Page 27 of 92

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.6**                                                                                              **$18,982.15**

**Ashley Furniture**
Nonpriority Creditor's Name
**1 Ashley Way**
Number    Street

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Arcadia                    WI        54612**
City                         State     ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business debt**

**4.7**                                                                                              **$24,879.05**

**Bank of America**
Nonpriority Creditor's Name
**275 S Valencia Avenue, CA7-70**
Number    Street

**Last 4 digits of account number**  _5_ _8_ _8_ _0_

**When was the debt incurred?**  **2009**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Brea                        CA        92823**
City                         State     ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Promissory note**

**4.8**                                                                                              **$9.50**

**Breg, Inc.**
Nonpriority Creditor's Name
**PO Box 844628**
Number    Street

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  **2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Dallas                      TX        75284**
City                         State     ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical services**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document    Page 28 of 92

Debtor 1    Jodi L. Auker                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.9**                                                                        **$275.00**

**Bureau of Account Management**
Nonpriority Creditor's Name
**3607 Rosemont Avenue, Suite 502**
Number    Street
**P.O. Box 8875**

**Camp Hill**           **PA**     **17001-8875**
City                    State    ZIP Code

Last 4 digits of account number    x   x   x   x
When was the debt incurred?    **12/28/15**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collection Agent for Milton S. Hershey Medical Cen**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.10**                                                                       **$161.00**

**Bureau of Account Management**
Nonpriority Creditor's Name
**3607 Rosemont Avenue, Suite 502**
Number    Street
**P.O. Box 8875**

**Camp Hill**           **PA**     **17001-8875**
City                    State    ZIP Code

Last 4 digits of account number    x   x   x   x
When was the debt incurred?    **2/16/16**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collection Agent for Milton S. Hershey Medical Cen**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.11**                                                                       **$419.00**

**Capital One**
Nonpriority Creditor's Name
**PO Box 85015**
Number    Street

**Richmond**            **VA**     **23285-5075**
City                    State    ZIP Code

Last 4 digits of account number    x   x   x   x
When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document    Page 29 of 92

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.12**                                                                                                    **$127.19**

**Cari Gustafson**
Nonpriority Creditor's Name
**105 Doubletree Place**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?        2015

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**State College        PA    16803**
City                          State      ZIP Code

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Business debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.13**                                                                                                    **$930.48**

**Carol Morrell**
Nonpriority Creditor's Name
**210 Beacon Circle**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?        2015

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Boalsburg        PA    16827**
City                          State      ZIP Code

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Business debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**4.14**                                                                                                    **$300.00**

**Carol Welch**
Nonpriority Creditor's Name
**2171 W. Union Street**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?        2015

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Canton        PA    17724**
City                          State      ZIP Code

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Business debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1    Jodi L. Auker                                             Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**4.15**                                                                                                          **$85.00**

**Centre Diagnostic Imaging**
Nonpriority Creditor's Name
**PO Box 197**
Number        Street

_____

**State College**        **PA**    **16804**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical services**

---

**4.16**                                                                                                          **$317.98**

**Chad Byerlee**
Nonpriority Creditor's Name
**245 Governors Park Road**
Number        Street

_____

**Bellefonte**              **PA**    **16823**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business debt**

---

**4.17**                                                                                                          **$100.00**

**Christine Kondash**
Nonpriority Creditor's Name
**1436 Majestic View Road**
Number        Street

_____

**State College**        **PA**    **16801**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business debt**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 31 of 92

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.18**                                                                    **$286.19**

**Christopher Uhlig**
Nonpriority Creditor's Name
**1730 Bristol Avenue**
Number       Street

**State College       PA    16801**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    **2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business debt**

**4.19**                                                                    **$575.22**

**Columbia Gas of PA**
Nonpriority Creditor's Name
**PO Box 117**
Number       Street

**Columbus       OH    43216**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    __ __ __ __

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Utilities**

**4.20**                                                                    **$1,441.57**

**Dawn Moss**
Nonpriority Creditor's Name
**131 Quartz Drive**
Number       Street

**Bellefonte       PA    16823**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    **2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

### 4.21

**$8,691.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street**, 3rd Floor
Number        Street

_____

**Wilmington**              **DE**    **19801**
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** **8/19/15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

### 4.22

**$4,852.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street**, 3rd Floor
Number        Street

_____

**Wilmington**              **DE**    **19801**
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

### 4.23

**$5,145.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street**, 3rd Floor
Number        Street

_____

**Wilmington**              **DE**    **19801**
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 33 of 92

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.24

**$685.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street, 3rd Floor**
Number     Street

**Wilmington**     **DE**    **19801**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

### 4.25

**$3,198.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street, 3rd Floor**
Number     Street

**Wilmington**     **DE**    **19801**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

### 4.26

**$3,384.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street, 3rd Floor**
Number     Street

**Wilmington**     **DE**    **19801**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.27**                                                                                      **$3,819.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street, 3rd Floor**
Number        Street

_____

**Wilmington              DE      19801**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**   **9/18/17**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

---

**4.28**                                                                                      **$2,419.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street, 3rd Floor**
Number        Street

_____

**Wilmington              DE      19801**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**   **9/27/17**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

---

**4.29**                                                                                      **$3,052.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street, 3rd Floor**
Number        Street

_____

**Wilmington              DE      19801**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**   **11/9/18**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

---

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 35 of 92

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.30

**$4,503.00**

**Dept of Ed/Navient**
Nonpriority Creditor's Name
**123 Justison Street, 3rd Floor**
Number        Street

| **Wilmington** | **DE** | **19801** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** **2/25/19**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

### 4.31

**Unknown**

**Donald M. Hahn, Esq.**
Nonpriority Creditor's Name
**Stover McGlaughlin Gerace**
Number        Street
**919 University Drive**

| **State College** | **PA** | **16801** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Attorney Fees**

---

### 4.32

**$3,466.17**

**Donna Smouse**
Nonpriority Creditor's Name
**100 Hawknest Way, Apt. 723**
Number        Street

| **Bellefonte** | **PA** | **16823** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** **2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business debt**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document    Page 36 of 92

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.33** | | **$28.75**

**EBI - Patient Pays**
Nonpriority Creditor's Name
**PO Box 8500**
Number       Street

**Philadelphia       PA     19178**
City                           State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical services**

**4.34** | | **$2,287.00**

**Erie Insurance**
Nonpriority Creditor's Name
**100 Erie Insurance Place**
Number       Street

**Erie                PA     16530**
City                           State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business debt**

**4.35** | | **$6,952.51**

**First Data**
Nonpriority Creditor's Name
**5251 Westheimer Road**
Number       Street

**Houston             TX     77056**
City                           State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business debt**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document        Page 37 of 92

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.36**

**$9,952.38**

**FNB as successor to Omega Bank**
Nonpriority Creditor's Name
**4140 East State Street**
Number      Street

**Hermitage            PA      16148**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    **2001**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Line of Credit**

**4.37**

**$208.00**

**FNB Omaha**
Nonpriority Creditor's Name
**PO Box 3412**
Number      Street

**Omaha                 NE      68197**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    **10/1/17**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Charge Account**

**4.38**

**$360.00**

**Gail Lindsey**
Nonpriority Creditor's Name
**403 Helca Road**
Number      Street

**Mingoville            PA      16856**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    **2014**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Business debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

                                                     **Total claim**

---

**4.39**
                                                  **$2,374.39**

**James Renninger**
Nonpriority Creditor's Name
**650 E. Guardlock Drive**
Number     Street

**Lock Haven       PA     17745**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Business debt**

---

**4.40**
                                                  **$170.00**

**Janet Kirally**
Nonpriority Creditor's Name
**234 Limerock Terrace, Apt. 207**
Number     Street

**State College      PA     16801**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Business debt**

---

**4.41**
                                                  **$4,600.00**

**Jennifer Wiker**
Nonpriority Creditor's Name
**661 Smith Road**
Number     Street

**Port Matilda      PA     16870**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Business debt**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

___

**4.42**                                                                                  **$828.78**

**Jeremy Dreibelbis**
Nonpriority Creditor's Name
**120 Covalt Lane**
Number        Street

___

**Spring Mills**          **PA**     **16875**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** **2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Business debt**

___

**4.43**                                                                                  **$720.78**

**Jo Ping Hsu**
Nonpriority Creditor's Name
**722 Linnet Lane**
Number        Street

___

**State College**         **PA**     **16803**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** **2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Business debt**

___

**4.44**                                                                                  **$525.42**

**Joel Confer Ford**
Nonpriority Creditor's Name
**2892 Benner Pike**
Number        Street

___

**Bellefonte**            **PA**     **16823**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** **2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Repairs**

Case 4:20-bk-00880-RNO     Doc 1     Filed 03/06/20     Entered 03/06/20 16:27:20     Desc
Main Document     Page 40 of 92

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|-----------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.45**

| | $185.00 |
|---|---|

**Joshua Kirby**
Nonpriority Creditor's Name
**112 Ridge Avenue**
Number        Street
_____

**State College        PA    16803**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business debt**

**4.46**

| | $856.77 |
|---|---|

**Julie Evey**
Nonpriority Creditor's Name
**4908 Nittany Valley Drive**
Number        Street
**PO Box 54**
_____

**Lamar        PA    16848**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business debt**

**4.47**

| | $1,200.00 |
|---|---|

**Karen Adams**
Nonpriority Creditor's Name
**404 Hawk Lane**
Number        Street
_____

**Julian        PA    16844**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business debt**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 41 of 92

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

**4.48**

$1,017.57

**Kay Shuey**
Nonpriority Creditor's Name
**174 Rosewood Cove**
Number        Street

_____

**Bellefonte**              **PA      16823**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business debt**

**4.49**

$710.19

**Kerry Uhler**
Nonpriority Creditor's Name
**149 Robinson Road**
Number        Street

_____

**Howard**                  **PA      16841**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business debt**

**4.50**

$75.00

**Lakara Smith**
Nonpriority Creditor's Name
**119.5 E. Main**
Number        Street

_____

**Lock Haven**              **PA      17745**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business debt**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document        Page 42 of 92

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.          **Total claim**

---

### 4.51

**Law Offices of Miller, Kistler & Campbel**
Nonpriority Creditor's Name
**720 S. Atherton Street**
Number     Street

**State College**     **PA**    **16801**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$960.00**

Last 4 digits of account number __ __ __ __
**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Legal services**

---

### 4.52

**Leo Hartman**
Nonpriority Creditor's Name
**209 Wiltshire Drive**
Number     Street

**Bellefonte**     **PA**    **16823**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$300.00**

Last 4 digits of account number __ __ __ __
**When was the debt incurred?** __ __ __ __

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Business debt**

---

### 4.53

**Leslie Ramish**
Nonpriority Creditor's Name
**201 Tavern Terrace**
Number     Street

**Bellefonte**     **PA**    **16823**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$975.17**

Last 4 digits of account number __ __ __ __
**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Business debt**

---

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document     Page 43 of 92

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.54 | | $148.14 |

**Lighthouse Medical**
Nonpriority Creditor's Name
**300 E. Walnut Avenue**
Number        Street

_____

**Altoona**              **PA**    **16601**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical services**

| 4.55 | | $175,201.68 |

**M&T Trust Company**
Nonpriority Creditor's Name
**1330 11th Avenue**
Number        Street

_____

**Altoona**              **PA**    **16601**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**09-1920 Centre County**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **2005**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Guaranty - Confessed Judgment**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.56**                                                                          **$106.00**

**Margaret Kaleita**
Nonpriority Creditor's Name
**201 Outer Drive**
Number    Street

**State College        PA    16801**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business debt**

---

**4.57**                                                                          **$11,000.00**

**Matthew Klinger**
Nonpriority Creditor's Name
**PO Box 12034**
Number    Street

**State College        PA    16801**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**13-2503 Centre County**

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** 2012

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business debt - Judgment**

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.58**                                                                                    **$32,000.00**

**Metro Commercial Mgmt Services**
Nonpriority Creditor's Name
**303 Fellowship Road, Ste. 202**
Number          Street

**Mount Laurel              NJ      08054**
City                                          State      ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?    2014
As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business debt**

---

**4.59**                                                                                    **$420.00**

**Mike Naputano**
Nonpriority Creditor's Name
**250 Hawknest Road**
Number          Street

**State College             PA      16801**
City                                          State      ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?    2015
As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business debt**

---

**4.60**                                                                                    **$1,055.00**

**Millennium Health & Labs**
Nonpriority Creditor's Name
**PO Box 844468**
Number          Street

**Dallas                    TX      75284**
City                                          State      ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?    2014
As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical services**

Case 4:20-bk-00880-RNO     Doc 1     Filed 03/06/20     Entered 03/06/20 16:27:20     Desc
Main Document     Page 46 of 92

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.61 | | $4,900.00 |
|---|---|---|

**Mount Nittany Medical Center**
Nonpriority Creditor's Name
**1800 East Park Avenue**
Number      Street

_____

**State College        PA      16803**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **2012-2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical services**

| 4.62 | | $1,519.76 |
|---|---|---|

**NE Kids**
Nonpriority Creditor's Name
**PO Box 2459**
Number      Street

_____

**Christiansburg        VA      24068**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

| 4.63 | | $520.00 |
|---|---|---|

**Nexstar Broadcasting, Inc.**
Nonpriority Creditor's Name
**c/o Gogi Malik**
Number      Street
**545 E. John Carpenter Freeway**

**Suite 700**

**Irving                TX      75062**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.64**                                                                      **$1,001.00**

**Nicole Watson**
Nonpriority Creditor's Name
**160 Lorinda Lane**
Number       Street

_____

**Bellefonte**          **PA**    **16823**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business debt**

---

**4.65**                                                                      **$3,413.18**

**Paul Beauchemin**
Nonpriority Creditor's Name
**1926 Waddle Road, Apt. 1**
Number       Street

_____

**State College**       **PA**    **16803**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  **2014**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business debt**

---

**4.66**                                                                      **$590.00**

**Peak Media of Pennsylvania, LLC**
Nonpriority Creditor's Name
**1450 Scalp Avenue**
Number       Street

_____

**Johnstown**           **PA**    **15904**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business debt**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.67**

| | **$74,047.30** |
|---|---|

**PR Financing**
Nonpriority Creditor's Name
**200 S. Broad Street**
Number      Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Philadelphia      PA      19102**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business debt**

**4.68**

| | **$100.00** |
|---|---|

**Richard Dillen**
Nonpriority Creditor's Name
**143 Whitman Circle**
Number      Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Pleasant Gap      PA      16823**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business debt**

**4.69**

| | **$335.00** |
|---|---|

**Rodney Facer**
Nonpriority Creditor's Name
**209 Terra Sylvan Lane**
Number      Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Bellefonte      PA      16823**
City              State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business debt**

Case 4:20-bk-00880-RNO    Doc 1   Filed 03/06/20   Entered 03/06/20 16:27:20   Desc
Main Document      Page 49 of 92

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.70** | **$750.00**

**Samantha Benson**
Nonpriority Creditor's Name
**2170 W. Union Street**
Number     Street

**Canton**          **PA**    **17724**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business debt**

**4.71** | **$1,336.21**

**Shuping Jing**
Nonpriority Creditor's Name
**400 Hawknest Road**
Number     Street

**State College**      **PA**    **16801**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business debt**

**4.72** | **$400.00**

**Stephanie & Robert Neff**
Nonpriority Creditor's Name
**368 Lower Creek Road**
Number     Street

**Milroy**          **PA**    **17063**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business debt**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document     Page 50 of 92

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.73**

$250.00

**Steve Lutz**
Nonpriority Creditor's Name
**1434 Willowbrook Drive**
Number        Street

**Boalsburg**          **PA**    **16827**
City                   State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business debt**

---

**4.74**

$1,593.16

**Steven Perryman**
Nonpriority Creditor's Name
**210 Upper Coleville Road**
Number        Street

**Bellefonte**          **PA**    **16823**
City                   State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business debt**

---

**4.75**

$333.00

**SYNCB/QVC**
Nonpriority Creditor's Name
**PO Box 965005**
Number        Street

**Orlando**          **FL**    **32896**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** x x x x
**When was the debt incurred?**    12/19/18

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Charge Account**

---

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document       Page 51 of 92

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.76**

**$1,860.18**

**The Standard Mattress Co.**
Nonpriority Creditor's Name
**d/b/a Gold Bond**
Number    Street
**261 Weston Street**

**Hartford        CT    06141-0089**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business debt**

**4.77**

**$65.00**

**Trish Notautomas**
Nonpriority Creditor's Name
**646 H Oakwood Avenue**
Number    Street

**State College      PA    16803**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  **2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business debt**

**4.78**

**$2,034.54**

**University Orthopedic**
Nonpriority Creditor's Name
**c/o Berks Credit & Collection**
Number    Street
**PO Box 329**

**Temple          PA    19560**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical services**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 52 of 92

Debtor 1    **Jodi L. Auker**    Case number (if known) _____

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<div align="right">

**Total claim**

</div>

---

**4.79**

<div align="right">

**$695.07**

</div>

**Verizon Bankruptcy Admin**
Nonpriority Creditor's Name
**500 Technology Drive**
Number        Street
**Suite 550**

| **Weldon** | **MO** | **63304** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Phone services**

---

**4.80**

<div align="right">

**$2,412.35**

</div>

**Waste Management**
Nonpriority Creditor's Name
**24516 Network Pl.**
Number        Street

| **Chicago** | **IL** | **60673** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** 2013

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business debt**

---

**4.81**

<div align="right">

**$559.75**

</div>

**West Penn Power**
Nonpriority Creditor's Name
**1310 Fairmont Avenue**
Number        Street

| **Fairmont** | **WV** | **26554** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Utilities**

---

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document    Page 53 of 92

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.82**

| | |
|---|---|

**William Shuey**
Nonpriority Creditor's Name
**122 Ramblewood Road**
Number        Street

**Unknown**

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Penn. Furnace        PA      16865**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business debt**

---

**4.83**

**$260.00**

**WTAJ**
Nonpriority Creditor's Name
**201 Humboldt St.**
Number        Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        **2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Rochester            NY      14610**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business debt**

---

**4.84**

**$270.00**

**WWCP/WATM/ThisTV**
Nonpriority Creditor's Name
**1450 Scalp Avenue**
Number        Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        **2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Johnstown            PA      15904**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business debt**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document        Page 54 of 92

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.85 | | **$500.00** |

**Yu Tai Chung**
Nonpriority Creditor's Name
**501 Westview Avenue**
Number       Street
_____

**State College        PA      16803**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
      **Business debt**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Arcadia Recovery Bureau, LLC**
Name
**PO Box 6768**
Number        Street

**Wyomissing**    **PA**    **19610**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **2.2**  of  (Check one):    ☑ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Credit Management Company**
Name
**2121 Noblestown Road**
Number        Street

**Pittsburgh**    **PA**    **15205**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.61**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Dept of Ed/Navient**
Name
**PO Box 9635**
Number        Street

**Wilkes-Barre**    **PA**    **18773**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.21**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Elizabeth Dupuis, Esq.**
Name
**Babst, Calland, Clements & Zomnir**
Number        Street
**330 Innovation Blvd, Suite 302**

**State College**    **PA**    **16803**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.36**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Frederic Weinberg, Esq.**
Name
**1101 E. Hector Street, Ste 220**
Number        Street

**Conshohocken**    **PA**    **19428**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.7**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**Lloyd R. Persun, Esq.**
Name
**Persun & Hamlin, PC**
Number     Street
**PO Box 659**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.55** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Mechanicsburg     PA     17055**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

---

**Mazza Law Group**
Name
**c/o Joseph Korsak, Esq.**
Number     Street
**3081 Enterprise Drive, Suite 2**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.57** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**State College     PA     16801**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

---

**Mount Nittany Medical Center**
Name
**PO Box 536317**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.61** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Pittsburgh     PA     15253**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

---

**National Recovery Agency, Inc.**
Name
**P.O. Box 67015**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Harrisburg     PA     17106-7015**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

---

**RMS**
Name
**PO Box 3100**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.34** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Naperville     IL     60563**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

---

**Sirlin, Lesser & Benson**
Name
**123 S. Broad Street, Ste. 2100**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.58** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Philadelphia     PA     19109**
City                State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $10,264.97 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | $10,264.97 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $39,748.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $530,351.43 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $570,099.43 |

Case 4:20-bk-00880-RNO   Doc 1   Filed 03/06/20   Entered 03/06/20 16:27:20   Desc
Main Document    Page 58 of 92

| Debtor 1 | **Jodi** | **L.** | **Auker** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**        **State what the contract or lease is for**

Debtor 1    **Jodi**      **L.**      **Auker**
        First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No
        ☐ Yes

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   **3.1**   **Nittany Sleep/Furniture Solutions**
          Name
          **c/o Jodi Auker**
          Number    Street
          **145 Summit Drive**

          **Centre hall**      **PA**      **16828**
          City        State      ZIP Code

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line   **4.57**
   ☐ Schedule G, line _____
   **Matthew Klinger**

   **3.2**   **Nittany Sleep/Furniture Solutions**
          Name
          **c/o Jodi Auker**
          Number    Street
          **145 Summit Drive**

          **Centre hall**      **PA**      **16828**
          City        State      ZIP Code

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line   **2.1**
   ☐ Schedule G, line _____
   **Internal Revenue Service**

▌     **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                          Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.3 | **Nittany Sleep/Furniture Solutions** |
|-----|---------------------------------------|

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

**Centre hall**                    **PA**        **16828**
City                              State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **2.2**
- ☐ Schedule G, line _____
- **PA Department of Revenue**

| 3.4 |
|-----|

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

**Centre hall**                    **PA**        **16828**
City                              State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **2.3**
- ☐ Schedule G, line _____
- **Pennsylvania Dept. of L & I**

| 3.5 |
|-----|

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

**Centre hall**                    **PA**        **16828**
City                              State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1**
- ☐ Schedule G, line _____
- **303 Benner Pike Holdings Ltd Partners**

| 3.6 |
|-----|

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

**Centre hall**                    **PA**        **16828**
City                              State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.3**
- ☐ Schedule G, line _____
- **Advanced Disposal**

| 3.7 |
|-----|

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

**Centre hall**                    **PA**        **16828**
City                              State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.4**
- ☐ Schedule G, line _____
- **Ahmed Mohamet**

| 3.8 |
|-----|

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

**Centre hall**                    **PA**        **16828**
City                              State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.5**
- ☐ Schedule G, line _____
- **Anne Norling**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document       Page 61 of 92

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.9**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.6**
☐ Schedule G, line _____
**Ashley Furniture**

---

**3.10**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.12**
☐ Schedule G, line _____
**Cari Gustafson**

---

**3.11**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.13**
☐ Schedule G, line _____
**Carol Morrell**

---

**3.12**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.14**
☐ Schedule G, line _____
**Carol Welch**

---

**3.13**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.16**
☐ Schedule G, line _____
**Chad Byerlee**

---

**3.14**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G, line _____
**Christine Kondash**

---

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                          Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.15 | **Nittany Sleep/Furniture Solutions** |
|---|---|

Name

**c/o Jodi Auker**

Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.18**

☐ Schedule G, line _____

**Christopher Uhlig**

| 3.16 | **Nittany Sleep/Furniture Solutions** |
|---|---|

Name

**c/o Jodi Auker**

Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.20**

☐ Schedule G, line _____

**Dawn Moss**

| 3.17 | **Nittany Sleep/Furniture Solutions** |
|---|---|

Name

**c/o Jodi Auker**

Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.32**

☐ Schedule G, line _____

**Donna Smouse**

| 3.18 | **Nittany Sleep/Furniture Solutions** |
|---|---|

Name

**c/o Jodi Auker**

Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.34**

☐ Schedule G, line _____

**Erie Insurance**

| 3.19 | **Nittany Sleep/Furniture Solutions** |
|---|---|

Name

**c/o Jodi Auker**

Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.35**

☐ Schedule G, line _____

**First Data**

| 3.20 | **Nittany Sleep/Furniture Solutions** |
|---|---|

Name

**c/o Jodi Auker**

Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**

City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.38**

☐ Schedule G, line _____

**Gail Lindsey**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 63 of 92

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.21**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.39**
- ☐ Schedule G, line _____
**James Renninger**

**3.22**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.40**
- ☐ Schedule G, line _____
**Janet Kirally**

**3.23**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.41**
- ☐ Schedule G, line _____
**Jennifer Wiker**

**3.24**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.42**
- ☐ Schedule G, line _____
**Jeremy Dreibelbis**

**3.25**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.43**
- ☐ Schedule G, line _____
**Jo Ping Hsu**

**3.26**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.45**
- ☐ Schedule G, line _____
**Joshua Kirby**

## Additional Page to List More Codebtors

| | Column 1: **Your codebtor** | | | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|---|---|

Check all schedules that apply:

**3.27**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

| **Centre hall** | **PA** | **16828** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.46**
☐ Schedule G, line _____
**Julie Evey**

**3.28**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

| **Centre hall** | **PA** | **16828** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.47**
☐ Schedule G, line _____
**Karen Adams**

**3.29**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

| **Centre hall** | **PA** | **16828** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.48**
☐ Schedule G, line _____
**Kay Shuey**

**3.30**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

| **Centre hall** | **PA** | **16828** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.49**
☐ Schedule G, line _____
**Kerry Uhler**

**3.31**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

| **Centre hall** | **PA** | **16828** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.50**
☐ Schedule G, line _____
**Lakara Smith**

**3.32**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number      Street
**145 Summit Drive**

| **Centre hall** | **PA** | **16828** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.51**
☐ Schedule G, line _____
**Law Offices of Miller, Kistler & Campbel**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 65 of 92

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.33**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number       Street
**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.52**
☐ Schedule G, line _____
**Leo Hartman**

**3.34**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number       Street
**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.53**
☐ Schedule G, line _____
**Leslie Ramish**

**3.35**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number       Street
**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.56**
☐ Schedule G, line _____
**Margaret Kaleita**

**3.36**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number       Street
**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.58**
☐ Schedule G, line _____
**Metro Commercial Mgmt Services**

**3.37**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number       Street
**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.59**
☐ Schedule G, line _____
**Mike Naputano**

**3.38**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number       Street
**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.62**
☐ Schedule G, line _____
**NE Kids**

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                  Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.39 | **Nittany Sleep/Furniture Solutions** |
| --- | --- |

Name

**c/o Jodi Auker**
Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____**4.63**____
☐ Schedule G, line _____
**Nexstar Broadcasting, Inc.**

| 3.40 | **Nittany Sleep/Furniture Solutions** |
| --- | --- |

Name

**c/o Jodi Auker**
Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____**4.64**____
☐ Schedule G, line _____
**Nicole Watson**

| 3.41 | **Nittany Sleep/Furniture Solutions** |
| --- | --- |

Name

**c/o Jodi Auker**
Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____**4.65**____
☐ Schedule G, line _____
**Paul Beauchemin**

| 3.42 | **Nittany Sleep/Furniture Solutions** |
| --- | --- |

Name

**c/o Jodi Auker**
Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____**4.66**____
☐ Schedule G, line _____
**Peak Media of Pennsylvania, LLC**

| 3.43 | **Nittany Sleep/Furniture Solutions** |
| --- | --- |

Name

**c/o Jodi Auker**
Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____**4.67**____
☐ Schedule G, line _____
**PR Financing**

| 3.44 | **Nittany Sleep/Furniture Solutions** |
| --- | --- |

Name

**c/o Jodi Auker**
Number    Street

**145 Summit Drive**

**Centre hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ____**4.68**____
☐ Schedule G, line _____
**Richard Dillen**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 67 of 92

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.45**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number        Street
**145 Summit Drive**

**Centre hall**              **PA**        **16828**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.69**
☐ Schedule G, line _____
**Rodney Facer**

**3.46**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number        Street
**145 Summit Drive**

**Centre hall**              **PA**        **16828**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.70**
☐ Schedule G, line _____
**Samantha Benson**

**3.47**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number        Street
**145 Summit Drive**

**Centre hall**              **PA**        **16828**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.71**
☐ Schedule G, line _____
**Shuping Jing**

**3.48**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number        Street
**145 Summit Drive**

**Centre hall**              **PA**        **16828**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.72**
☐ Schedule G, line _____
**Stephanie & Robert Neff**

**3.49**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number        Street
**145 Summit Drive**

**Centre hall**              **PA**        **16828**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.73**
☐ Schedule G, line _____
**Steve Lutz**

**3.50**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number        Street
**145 Summit Drive**

**Centre hall**              **PA**        **16828**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.74**
☐ Schedule G, line _____
**Steven Perryman**

### Additional Page to List More Codebtors

Column 1: **Your codebtor**                      Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.51**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**              **PA**      **16828**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.76**
☐ Schedule G, line _____
**The Standard Mattress Co.**

**3.52**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**              **PA**      **16828**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.77**
☐ Schedule G, line _____
**Trish Notautomas**

**3.53**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**              **PA**      **16828**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.79**
☐ Schedule G, line _____
**Verizon Bankruptcy Admin**

**3.54**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**              **PA**      **16828**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.80**
☐ Schedule G, line _____
**Waste Management**

**3.55**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**              **PA**      **16828**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.81**
☐ Schedule G, line _____
**West Penn Power**

**3.56**
**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**              **PA**      **16828**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.82**
☐ Schedule G, line _____
**William Shuey**

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

**3.57**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.83**
☐ Schedule G, line _____
**WTAJ**

**3.58**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.84**
☐ Schedule G, line _____
**WWCP/WATM/ThisTV**

**3.59**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.85**
☐ Schedule G, line _____
**Yu Tai Chung**

**3.60**

**Nittany Sleep/Furniture Solutions**
Name
**c/o Jodi Auker**
Number    Street
**145 Summit Drive**

**Centre hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.19**
☐ Schedule G, line _____
**Columbia Gas of PA**

**3.61**

**Wayne Auker**
Name
**145 Summit Dr.**
Number    Street

**Centre Hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.37**
☐ Schedule G, line _____
**FNB Omaha**

**3.62**

**Auker, Wayne**
Name
**145 Summit Drive**
Number    Street

**Centre Hall**      **PA**      **16828**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **1**
☐ Schedule G, line _____
**Buckley Madole, P.C.**

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                                      Column 2:  **The creditor to whom you owe the debt**

                                                                  Check all schedules that apply:

**3.63**
**Auker, Wayne**
Name
**145 Summit Drive**
Number    Street

**Centre Hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.11**
☐ Schedule G, line _____
**Capital One**

**3.64**
**Auker, Wayne**
Name
**145 Summit Drive**
Number    Street

**Centre Hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.4**
☐ Schedule G, line _____
**Elizabeth Dupuis, Esq.**

**3.65**
**Auker, Wayne**
Name
**145 Summit Drive**
Number    Street

**Centre Hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.36**
☐ Schedule G, line _____
**FNB as successor to Omega Bank**

**3.66**
**Auker, Wayne**
Name
**145 Summit Drive**
Number    Street

**Centre Hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.37**
☐ Schedule G, line _____
**FNB Omaha**

**3.67**
**Auker, Wayne**
Name
**145 Summit Drive**
Number    Street

**Centre Hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.5**
☐ Schedule G, line _____
**Frederic Weinberg, Esq.**

**3.68**
**Auker, Wayne**
Name
**145 Summit Drive**
Number    Street

**Centre Hall**          **PA**      **16828**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **2**
☐ Schedule G, line _____
**KML Law Group, PC**

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 71 of 92

**Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                              Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.69 | **Auker, Wayne** |
| --- | --- |

Name

**145 Summit Drive**
Number      Street

| **Centre Hall** | **PA** | **16828** |
| --- | --- | --- |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line ____5.6____
☐ Schedule G, line _____
**Lloyd R. Persun, Esq.**

| 3.70 | **Auker, Wayne** |
| --- | --- |

Name

**145 Summit Drive**
Number      Street

| **Centre Hall** | **PA** | **16828** |
| --- | --- | --- |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line ____4.55____
☐ Schedule G, line _____
**M&T Trust Company**

| 3.71 | **Auker, Wayne** |
| --- | --- |

Name

**145 Summit Drive**
Number      Street

| **Centre Hall** | **PA** | **16828** |
| --- | --- | --- |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line ____4.57____
☐ Schedule G, line _____
**Matthew Klinger**

| 3.72 | **Auker, Wayne** |
| --- | --- |

Name

**145 Summit Drive**
Number      Street

| **Centre Hall** | **PA** | **16828** |
| --- | --- | --- |
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line ____5.7____
☐ Schedule G, line _____
**Mazza Law Group**

| 3.73 | **Auker, Wayne** |
| --- | --- |

Name

**145 Summit Drive**
Number      Street

| **Centre Hall** | **PA** | **16828** |
| --- | --- | --- |
| City | State | ZIP Code |

☑ Schedule D, line ____2.1____
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Shellpoint Mortgage Servicing**

| 3.74 | **Auker, Wayne** |
| --- | --- |

Name

**145 Summit Drive**
Number      Street

| **Centre Hall** | **PA** | **16828** |
| --- | --- | --- |
| City | State | ZIP Code |

☑ Schedule D, line ____2.2____
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Specialized Loan Servicing LLC**

**Fill in this information to identify your case:**

| Debtor 1 | **Jodi** | **L.** | **Auker** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **MIDDLE DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | **Loan Officer** | **Supervisor - Back End Dept.** |
| **Employer's name** | | **Finance of America** | **Lowes Home Centers, LLC** |
| **Employer's address** | | **State College, PA**<br>Number  Street | **State College, PA**<br>Number  Street |
| | | City            State  Zip Code | City            State  Zip Code |
| **How long employed there?** | | **2 mos.** | **5 yrs.** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,000.00** | **$4,691.84** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$2,000.00** | **$4,691.84** |

Case 4:20-bk-00880-RNO    Doc 1    Filed 03/06/20    Entered 03/06/20 16:27:20    Desc
Main Document      Page 73 of 92

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Debtor 1 **Jodi L. Auker**    Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ..................................................➔ 4. | **$2,000.00** | **$4,691.84** |
| **5.** | **List all payroll deductions:** | | |
| | **5a. Tax, Medicare, and Social Security deductions**  5a. | **$320.00** | **$736.02** |
| | **5b. Mandatory contributions for retirement plans**  5b. | **$0.00** | **$0.00** |
| | **5c. Voluntary contributions for retirement plans**  5c. | **$0.00** | **$328.43** |
| | **5d. Required repayments of retirement fund loans**  5d. | **$0.00** | **$0.00** |
| | **5e. Insurance**  5e. | **$0.00** | **$553.22** |
| | **5f. Domestic support obligations**  5f. | **$0.00** | **$0.00** |
| | **5g. Union dues**  5g. | **$0.00** | **$0.00** |
| | **5h. Other deductions.**  Specify: _____  5h.**+** | **$0.00** | **$0.00** |
| **6.** | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.  6. | **$320.00** | **$1,617.67** |
| **7.** | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.  7. | **$1,680.00** | **$3,074.17** |
| **8.** | **List all other income regularly received:** | | |
| | **8a. Net income from rental property and from operating a business, profession, or farm**  8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b. Interest and dividends**  8b. | **$0.00** | **$0.00** |
| | **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive**  8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d. Unemployment compensation**  8d. | **$0.00** | **$0.00** |
| | **8e. Social Security**  8e. | **$0.00** | **$0.00** |
| | **8f. Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____  8f. | **$0.00** | **$0.00** |
| | **8g. Pension or retirement income**  8g. | **$0.00** | **$0.00** |
| | **8h. Other monthly income.**  Specify: **2018 tax refund**  8h.**+** | **$384.25** | **$0.00** |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.  9. | **$384.25** | **$0.00** |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10. | **$2,064.25** + | **$3,074.17** = | **$5,138.42** |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. **+**    **$0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$5,138.42**

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   **See continuation sheet.**

13. **Expected increase or decrease within the year after you file this form:**

   **Debtor began new job at the end of November 2019 which is commission based reliant upon the amount of loans closed per month. She just finished the training course. It is anticipated that she will close at least one loan per month for approximately $2000 in fees, with tax reduction by 16% based upon prior pay rate history.**

**Fill in this information to identify your case:**

Debtor 1    **Jodi**      **L.**      **Auker**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**    ☑ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

                                      **Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.    **$2,398.94**

   **If not included in line 4:**

   4a. Real estate taxes    4a. _____

   4b. Property, homeowner's, or renter's insurance    4b. _____

   4c. Home maintenance, repair, and upkeep expenses    4c. **$200.00**

   4d. Homeowner's association or condominium dues    4d. _____

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a. _____ **$290.00** |
| | 6b.   Water, sewer, garbage collection | 6b. _____ **$31.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$207.00** |
| | 6d.   Other. Specify:   **Cell phones** _____ | 6d. _____ **$198.00** |
| 7. | **Food and housekeeping supplies** | 7. _____ **$600.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ **$50.00** |
| 10. | **Personal care products and services** | 10. _____ **$45.00** |
| 11. | **Medical and dental expenses** | 11. _____ **$63.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. _____ **$423.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a. _____ |
| | 15b.   Health insurance | 15b. _____ |
| | 15c.   Vehicle insurance | 15c. _____ **$165.00** |
| | 15d.   Other insurance. Specify: _____ | 15d. _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1 | 17a. _____ |
| | 17b.   Car payments for Vehicle 2 | 17b. _____ |
| | 17c.   Other. Specify: _____ | 17c. _____ |
| | 17d.   Other. Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.  Mortgages on other property             20a.  _____

    20b.  Real estate taxes             20b.  _____

    20c.  Property, homeowner's, or renter's insurance      20c.  _____

    20d.  Maintenance, repair, and upkeep expenses      20d.  _____

    20e.  Homeowner's association or condominium dues    20e.  _____

**21.** **Other.** Specify: <u>Pet/vet expense</u>               21.  **+**  _____ **$70.00**

**22.** **Calculate your monthly expenses.**

    22a.  Add lines 4 through 21.             22a.  _____ **$4,940.94**

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.  22b.  _____

    22c.  Add line 22a and 22b.  The result is your monthly expenses.  22c.  _____ **$4,940.94**

**23.** **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.  23a.  _____ **$5,138.42**

    23b.  Copy your monthly expenses from line 22c above.  23b.  **−**  _____ **$4,940.94**

    23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.           23c.  _____ **$197.48**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.  Explain here:

        **None.**

Fill in this information to identify your case:

| Debtor 1 | Jodi | L. | Auker |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B................................................... **$382,500.00**

    1b. Copy line 62, Total personal property, from Schedule A/B........................................ **$15,322.74**

    1c. Copy line 63, Total of all property on Schedule A/B.................................................. **$397,822.74**

### Part 2:     Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$520,281.82**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... **$10,264.97**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$570,099.43**

**Your total liabilities**     **$1,100,646.22**

### Part 3:     Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I......................................................................... **$5,138.42**

5. *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J.................................................................................. **$4,940.94**

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

| | $4,691.84 |

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | $0.00 |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | $10,264.97 |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d.  Student loans.  (Copy line 6f.) | $39,748.00 |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + $0.00 |
| 9g.  **Total.**    Add lines 9a through 9f. | $50,012.97 |

| Debtor 1 | **Jodi** | **L.** | **Auker** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____
Jodi L. Auker, Debtor 1                    Signature of Debtor 2

Date  03/05/2020                              Date _____
       MM / DD / YYYY                                   MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules          page 1

| Debtor 1 | **Jodi** First Name | **L.** Middle Name | **Auker** Last Name |
|---|---|---|---|

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:** (January 1 to December 31, **2019** ) YYYY | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2018** ) YYYY | ☑ Wages, commissions, bonuses, tips | $48,204.80 | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☑ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security;
unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under
Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☑ Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the last calendar year:**<br>(January 1 to December 31, **2019** )<br>YYYY | Unemployment Comp | $9,435.00 | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2018** )<br>YYYY | Unemployment Comp | $4,995.00 | _____ | _____ |
| | _____ | _____ | _____ | _____ |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ **No.** Go to line 7.

☐ **Yes.** List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No.** Go to line 7.

☑ **Yes.** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Capital One** <br> Creditor's name <br> **PO Box 85015** <br> Number   Street <br> _____ <br> **Richmond**    **VA**   **23285-5075** <br> City   State   ZIP Code | **Dec. 2019** <br> **Jan. 2020** <br> **Feb. 2020** | **$2,157.33** | **$419.00** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **Husband's credit car** |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Klinger v. Furniture Solutions & Auker** | **Money judgment** | **Centre County Court**<br>Court Name | ☐ Pending |
| | | Number    Street | ☐ On appeal |
| Case number **13-2503** | | | ☑ Concluded |
| | | **Bellefonte        PA**<br>City        State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bank of New York Mellon v. Auker** | **Mortgage Foreclosure** | **Centre County Court**<br>Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| Case number **19-3734** | | | ☐ Concluded |
| | | **Bellefonte        PA**<br>City        State    ZIP Code | |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| __www.debtorcc.org__<br>Person Who Was Paid | $14.95 for Credit Counseling | 2/26/20 | $14.95 |
| Number   Street | | | |
| City    State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |
| __Mette, Evans & Woodside__<br>Person Who Was Paid | $500 plus $310 filing fee | 3/5/20 | $810.00 |
| Number   Street | | | |
| City    State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

<div style="background:black;color:white;padding:4px"><strong>Part 8:</strong>    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units</div>

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

<div style="background:black;color:white;padding:4px"><strong>Part 9:</strong>    Identify Property You Hold or Control for Someone Else</div>

**23.** Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| Part 10: | **Give Details About Environmental Information** |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Part 11: | **Give Details About Your Business or Connections to Any Business** |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| **Nittany Sleep, LLC** | **Describe the nature of the business** | **Employer Identification number** |
|---|---|---|
| Business Name | Retail sale of beds | Do not include Social Security number or ITIN. |
| **Nittany Mall** | | EIN: 2  0  –  3  1  8  7  0  5  7 |
| Number    Street | **Name of accountant or bookkeeper** | |
| | | **Dates business existed** |
| | | From ___2005___  To ___2012___ |
| **State College**    **PA**   **16801** | | |
| City    State    ZIP Code | | |

| **Furniture Solutions Outlet, LLC** | **Describe the nature of the business** | **Employer Identification number** |
|---|---|---|
| Business Name | Retail sale of furniture | Do not include Social Security number or ITIN. |
| **Benner Pike** | | EIN: 4  6  –  1  6  7  3  4  4  6 |
| Number    Street | **Name of accountant or bookkeeper** | |
| | | **Dates business existed** |
| | | From ___2013___  To ___2015___ |
| **State College**    **PA**   **16801** | | |
| City    State    ZIP Code | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____
Jodi L. Auker, Debtor 1                  Signature of Debtor 2

Date   03/05/2020                        Date   _____


Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes


Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                             *Declaration, and Signature*  (Official Form 119).

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

In re: :
Jodi L. Auker : Case No.:
:
: Chapter: 13
Debtor(s) :

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.　　Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept: | See attached rider. |
| Prior to the filing of this statement I have received: | $500.00. |
| Balance Due: | See attached rider. |

2.　　The source of the compensation paid to me was:
　　　☑　Debtor　　　☐　Other(Specify)

3.　　The source of compensation to be paid to me is:
　　　☑　Debtor　　　☐　Other(Specify)

4.　　☑　I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　　☐　I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.　A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.　　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a.　Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

　　b.　Preparation and filing of any petition, schedules, statements of affairs and plan which may be required; and

　　c.　Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

　　　**All other matters disclosed in the written fee agreement.**

6.　　By agreement with the debtor(s), the above-disclosed fee does not include the following services:

　　　**Those disclosed in the written fee agreement.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/6/2020
Date

Tracy L. Updike　　　　　　　　　　Bar No. 88680
Mette Evans and Woodside
3401 North Front Street
Harrisburg, PA 17110

Phone: (717) 232-5000 / Fax: (717) 236-1816

Rider to Statement Pursuant to Rule 2016(b)
Jodi L. Auker
Chapter 13 Case No. 4-20-

Debtor has agreed to pay $5,000.00 as the Presumptively Reasonable Fee to be initially requested to be paid to Mette, Evans and Woodside at confirmation of Debtor's Chapter 13 Plan. Debtor has paid $500.00 towards that fee pre-petition to Mette, Evans and Woodside. However, Mette, Evans and Woodside has reserved the right to request fees beyond the Presumed Reasonable Fee at confirmation if the hourly billing exceeds that fee and services exceed the normal and customary services prior to confirmation. Debtor's fee agreement provides for all records to be kept hourly.

All services post-confirmation will be billed at Mette, Evans and Woodside hourly rates then in effect at the time of billing, which are now fixed at $300.00 for the responsible attorney, and will be submitted to the Court in Applications for Compensation as needed.

Jodi L. Auker                                   Initial Plan Filed: 3/6/20
4-20-

Secured:

Bank of NY Mellon serviced by Shellpoint Mtg Servicing (#2853)
     Residence at 145 Summit Drive, Centre Hall       $90,000 est.

Bank of NY Mellon serviced by Specialized Loan Servicing       Strip
     (#7568) recorded 01980-0313 on Jan. 17, 2007

Priority:

IRS – 2012-2014                                 $3,654 est

PA Revenue – 2012-2015                          $6,611 est

PA Dept L&I                                     $0 est.

M&T Trust Company &                             Avoid judgments
Matthew Klinger

Attorney's Fees:                                $ 4,500.00


       TOTAL                          $104,765.00

       TRUSTEE COMMISSION (10%)       $ 10,476.50

       TOTAL PAYMENTS                 $115,241.50


     $115,241.50 ÷ 60 = $1,920.69

**$200 x 12 = $2,400**
**$1,000 x 12 = $12,000**
$100,841.50 ÷ 36 = $2,801.15
**$2,802 x 36 = $100,872 + $14,400 = $115,272**


SCHEDULE I & J DISPOSABLE INCOME:       $197.48
MEANS TEST DISPOSABLE INCOME:           negative in 3