IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| JODI L. AUKER, | : | No. 1:20-bk-00880-RNO |
| | : | |
| Debtor | : | Electronically Filed Document |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO: CLERK, UNITED STATES BANKRUPTCY COURT

PLEASE NOTE that pursuant to Bankruptcy Rule 9010(b), the Attorney General of Pennsylvania, as counsel for the Commonwealth of Pennsylvania, Department of Revenue, a party in interest within the intent of the United States Bankruptcy Code, and request, pursuant to Bankruptcy Rule 2002(g), that all notices, given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the person and address set forth below be added to the official address matrix in this proceeding by the Clerk of Court:

**JENNA ANNE RATICA**
**DEPUTY ATTORNEY GENERAL**
**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Telephone (717) 787-8106**
**jratica@attorneygeneral.gov**

It is further requested that in furtherance of its right to be heard, as provided in 11 U.S.C. §1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007, 9007 and 9022, the above-designated person to be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal, or any other documents filed with

this Court that would affect, to any extent, the claims, rights or interests of Commonwealth of Pennsylvania, Department of Revenue.

Nothing in this pleading is intended to waive the Commonwealth of Pennsylvania's or its officials' immunity from suit in a Federal Court under the Eleventh Amendment of the United States Constitution.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

By: */s/ Jenna Anne Ratica*
**JENNA ANNE RATICA**
Deputy Attorney General
Pa Attorney ID 326424

Office of Attorney General
Financial Enforcement Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Telephone (717) 787-8106

JASON L. SWARTLEY
Chief Deputy Attorney General

jratica@attorneygeneral.gov

Counsel for Commonwealth of Pennsylvania
Department of Revenue

Date: August 13, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| JODI L. AUKER, | : | No. 1:20-bk-00880-RNO |
| | : | |
| Debtor | : | Electronically Filed Document |

## CERTIFICATE OF SERVICE

I, Jenna Anne Ratica, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on August 13, 2020, I caused to be served a true and correct copy of the foregoing document titled ENTRY OF APPEARANCE FOR ALL NOTICES AND SERVICE OF PAPERS to the following:

### VIA ELECTRONIC FILING

Tracy Lynn Updike
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110-0950
tlupdike@mette.com
*Counsel for Debtor*

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Trustee*

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA  17101
*Assistant U.S. Trustee*

   /s/ Jenna Anne Ratica
JENNA ANNE RATICA
Deputy Attorney General