UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
JODI L. AUKER : CASE NO. 4-20-bk-00880-RNO
:
Debtor :

## CERTIFICATE OF SERVICE

I, Tracy L. Updike, with the firm of Mette, Evans & Woodside, hereby certify that on September 14, 2020, a true and correct copy of the FIRST AMENDED CHAPTER 13 PLAN was served by certified mail and accepted, per the attached certified green cards and/or USPS Electronic Tracking notification:

SEE ATTACHED.

Respectfully Submitted,

METTE, EVANS & WOODSIDE

By: /s/ Tracy L. Updike
Tracy L. Updike, Esquire

Date: October 14, 2020

**Receipt 1 (left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Specialized Loan Servicing
for Bank of New York Mellon
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

9590 9402 4014 8079 5012 43

2. Article Number (Transfer from service label)
9489 0090 0027 6011 6023 21

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name) — Houston
C. Date of Delivery: 9-15-20
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

**Receipt 2 (right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

M&T Bank
Legal Document Processing
626 Commerce Drive
Amherst, NY 14228

9590 9402 4014 8079 5012 50

2. Article Number (Transfer from service label)
9489 0090 0027 6011 6023 38

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9489009000276011602314

Remove ✕

Your item was delivered to an individual at the address at 11:00 am on September 18, 2020 in STATE COLLEGE, PA 16801.

## ✓ Delivered

September 18, 2020 at 11:00 am
Delivered, Left with Individual
STATE COLLEGE, PA 16801

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

September 18, 2020, 11:00 am
Delivered, Left with Individual
STATE COLLEGE, PA 16801
Your item was delivered to an individual at the address at 11:00 am on September 18, 2020 in STATE COLLEGE, PA 16801.

September 18, 2020, 8:48 am
Available for Pickup
STATE COLLEGE, PA 16801

September 18, 2020, 7:45 am
Out for Delivery
STATE COLLEGE, PA 16801

September 18, 2020, 7:34 am
Arrived at Post Office
STATE COLLEGE, PA 16801

September 17, 2020
In Transit to Next Facility

September 16, 2020, 7:53 pm
Arrived at USPS Regional Destination Facility
ALTOONA DISTRIBUTION CENTER

September 16, 2020, 9:54 am
Arrived at USPS Regional Destination Facility
JOHNSTOWN PA DISTRIBUTION CENTER

September 15, 2020, 9:26 pm
Arrived at USPS Regional Origin Facility
HARRISBURG PA DISTRIBUTION CENTER

September 15, 2020, 2:56 pm
USPS picked up item
HARRISBURG, PA 17110

September 14, 2020
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

Feedback

**Product Information** ⌄

See Less ⌃