## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    JODI L. AUKER
           JODI L. STUREK
           NITTANY SLEEP, LLC,
           FURNITURE SOLUTIONS
           OUTLET, LLC              CHAPTER 13

                Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE           CASE NO: 4-20-00880-MJC
                Movant
           vs.

           JODI L. AUKER etal.
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on January 20, 2022, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    January 20, 2022           Respectfully submitted,

                                      /s/    Agatha R. McHale, Esquire
                                      ID:  47613
                                      Attorney for Movant
                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      Phone:  (717) 566-6097
                                      email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    JODI L. AUKER
            JODI L. STUREK
            NITTANY SLEEP, LLC,
            FURNITURE SOLUTIONS
            OUTLET, LLC                     CHAPTER 13

                     Debtor(s)

            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE          CASE NO: 4-20-00880-MJC
                        Movant
            vs.

            JODI L. AUKER etal.
                     Respondent(s)

<u>**NOTICE**</u>

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        February 24, 2022 at 10:00 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 3000.00**
        **AMOUNT DUE FOR THIS MONTH: $1000.00**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $4000.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    January 20, 2022               Respectfully submitted,

                                    /s/    Agatha R. McHale, Esquire
                                    ID:  47613
                                    Attorney for Movant
                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA 17036
                                    Phone:  (717) 566-6097
                                    email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    JODI L. AUKER
          JODI L. STUREK
          NITTANY SLEEP, LLC,
          FURNITURE SOLUTIONS
          OUTLET, LLC                 CHAPTER 13

                    Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE         CASE NO: 4-20-00880-MJC
                    Movant

vs.

          JODI L. AUKER etal.
                    Respondent(s)


## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 20, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

METTE, EVANS & WOODSIDE
TRACY L UPDIKE, ESQUIRE
3401 N FRONT ST, PO BOX 5950
HARRISBURGPA17110-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

<u>Served by First Class Mail</u>

JODI L. AUKER
145 SUMMIT DRIVE
CENTRE HALL PA 16828

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 20, 2022             Respectfully Submitted,
                            /s/ Matt Arcuri
                            for Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee
                            Suite A, 8125 Adams Dr.

Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:      JODI L. AUKER
              AKA: JODI L. STUREK
              DBA: NITTANY SLEEP, LLC,
              FURNITURE SOLUTIONS OUTLET,
              LLC

                                  CHAPTER 13

              Debtor(s)

              JACK N. ZAHAROPOULOS
              CHAPTER 13 TRUSTEE
                    Movant                  CASE NO: 4-20-00880-MJC

              vs.

              JODI L. AUKER
              AKA: JODI L. STUREK
              DBA: NITTANY SLEEP, LLC,
              FURNITURE SOLUTIONS OUTLET,
              LLC

## ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.