# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JODI L. AUKER
AKA: JODI L. STUREK
DBA: NITTANY SLEEP, LLC,
FURNITURE SOLUTIONS OUTLET, LLC

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 4-20-00880-MJC

Movant

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to the Chapter 13 Plan.

**Any previously received notice on this matter should be disregarded.**

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing to be held as stated below:

> Date/Time: February 24, 2022 at 10:00 AM
> THIS HEARING WILL BE HELD REMOTELY USING FREE
> ZOOM VIDEO CONFERENCE SOFTWARE.
>
> THERE WILL BE NO IN COURT APPEARANCE FOR THIS
> HEARING.

YOU ARE FURTHER NOTICED that you MUST attend the hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 3000.00**
**AMOUNT DUE FOR THIS MONTH: $1000.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $4000.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   If **submitting payment by U.S. First Class Mail** mail to**:**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  
Dated:  January 20, 2022                              eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JODI L. AUKER
AKA: JODI L. STUREK DBA:
NITTANY SLEEP, LLC, FURNITURE
SOLUTIONS OUTLET, LLC          CHAPTER 13

                Debtor(s)
                                       CASE NO: 4-20-00880-MJC
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Amended Notice by First Class Mail, from Hummelstown, PA unless served electronically, at the below address on January 20, 2022.

METTE, EVANS & WOODSIDE
TRACY L UPDIKE, ESQUIRE
3401 N FRONT ST, PO BOX 5950
HARRISBURG, PA 17110-

JODI L. AUKER
145 SUMMIT DRIVE
CENTRE HALL, PA 16828

Respectfully submitted,

s/ Liz Joyce
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036

Dated: January 20, 2022