IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JODI L. AUKER | : | CASE NO. 4-20-00880-MJC |
| | : | |
| Debtor | : | |

**WITHDRAWAL OF MOTION TO MODIFY CONFIRMED PLAN THROUGH SECOND AMENDED CHAPTER 13 PLAN WITH CONSENT OF OBJECTOR**

TO THE CLERK:

Kindly withdraw the Motion to Modify Confirmed Plan through Second Amended Chapter 13 Plan (Docket No. 51) in the above-captioned matter. An Objection is pending at Docket No. 55, and the parties have agreed to pursue a new proposed modified plan. Thus, this Withdrawal is with the consent of Objector, The Bank of New York Mellon, through counsel Rebecca Solarz.

Respectfully submitted,

METTE, EVANS & WOODSIDE

By: /s/ Tracy L. Updike
Tracy L. Updike, Esquire
Mette, Evans & Woodside
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110
Telephone: (717) 232-5000

Date: February 24, 2022