UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JODI L. AUKER
JODI L. STUREK
NITTANY SLEEP, LLC,
FURNITURE SOLUTIONS
OUTLET, LLC                                              CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                                       CASE NO: 4-20-00880-MJC
        Movant
vs.
JODI L. AUKER
JODI L. STUREK
NITTANY SLEEP, LLC,
FURNITURE SOLUTIONS
OUTLET, LLC
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 20, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: June 20, 2023

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   JODI L. AUKER
         JODI L. STUREK
         NITTANY SLEEP, LLC,
         FURNITURE SOLUTIONS
         OUTLET, LLC                                          CHAPTER 13

                            Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE                                   CASE NO: 4-20-00880-MJC
                            Movant
         vs.
         JODI L. AUKER
         JODI L. STUREK
         NITTANY SLEEP, LLC,
         FURNITURE SOLUTIONS
         OUTLET, LLC

                            Respondent(s)


## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

   July 13, 2023 at 10:00 AM
   U.S. Bankruptcy Court
   Max Rosenn U.S. Courthouse
   197 S. Main Street
   Wilkes Barre, PA


YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 10,685.00**
   **AMOUNT DUE FOR THIS MONTH: $3,397.00**
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $14,082.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
   **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   June 20, 2023

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   JODI L. AUKER
         JODI L. STUREK
         NITTANY SLEEP, LLC,
         FURNITURE SOLUTIONS
         OUTLET, LLC                                                CHAPTER 13

                            Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE                                         CASE NO: 4-20-00880-MJC
                            Movant
         vs.
         JODI L. AUKER
         JODI L. STUREK
         NITTANY SLEEP, LLC,
         FURNITURE SOLUTIONS
         OUTLET, LLC
                            Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 20, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

METTE, EVANS & WOODSIDE
TRACY L UPDIKE, ESQUIRE
3401 N FRONT ST, PO BOX 5950
HARRISBURG PA  17110-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

JODI L. AUKER
145 SUMMIT DRIVE
CENTRE HALL  PA   16828


I certify under penalty of perjury that the foregoing is true and correct.


Date:  June 20, 2023                                         /s/ Matt Arcuri
                                                                                 Office of the Standing Chapter 13 Trustee
                                                                                 Jack N. Zaharopoulos
                                                                                 Suite A, 8125 Adams Dr.
                                                                                 Hummelstown, PA  17036
                                                                                 Phone:  (717) 566-6097
                                                                                 email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JODI L. AUKER
AKA: JODI L. STUREK
DBA: NITTANY SLEEP, LLC,
FURNITURE SOLUTIONS OUTLET,
LLC

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 4-20-00880-MJC

vs.

JODI L. AUKER
AKA: JODI L. STUREK
DBA: NITTANY SLEEP, LLC,
FURNITURE SOLUTIONS OUTLET,
LLC

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.