UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JODI L. AUKER | : | CASE NO. 4-20-bk-00880-MJC |
| | : | |
| Debtor | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Tracy L. Updike, Esquire on behalf of Mette, Evans and Woodside, as attorney of record for the Debtor in the above-captioned matter.

Date: September 13, 2023     By:   /s/ Tracy L. Updike
                                   Tracy L. Updike, Esquire
                                   Mette, Evans & Woodside
                                   3401 N. Front Street
                                   Harrisburg, PA 17110
                                   Telephone: (717) 232-5000

Kindly enter the appearance of James K. Jones, Esquire on behalf of Cunningham, Chernicoff and Warshawsky, as attorney of record for the Debtor in the above-captioned matter.

Date: September 13, 2023     By:   /s/ James K. Jones
                                   James K. Jones, Esquire
                                   Cunningham, Chernicoff & Warshawsky
                                   2320 North Second Street
                                   PO Box 60457
                                   Harrisburg, PA 17106-0457
                                   Telephone: (717) 238-6570