# Mette, Evans & Woodside

Attorneys at Law
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Phone No.: (717) 232-5000
Fax: (717) 236-1816
Federal Tax ID: 23-1985005

Statement Date: November 9, 2020
Statement as of: October 19, 2020
Statement No.: 253102

Jodi L. Auker
145 Summit Drive
Centre Hall, PA 16828

Client No. 18838-0001: Chapter 13 Bankruptcy

## FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 09/23/2019 | TLU | 0.30 | Correspondence from/to client re filing |
| 10/18/2019 | TLU | 0.50 | Receipt and review of materials for new filing; correspondence from/to client re same |
| 10/18/2019 | TLU | 0.30 | Correspondence from/to client re notice of foreclosure |
| 10/22/2019 | TLU | 0.20 | Correspondence to client re representation |
| 10/24/2019 | TLU | 0.20 | Correspondence from/to client re scheduling |
| 10/31/2019 | TLU | 0.30 | Correspondence from/to client re time of filing |
| 12/02/2019 | TLU | 0.10 | Correspondence to client re timing of re-filed case |
| 02/24/2020 | TLU | 0.20 | Correspondence from/to client re materials for filing |
| 02/26/2020 | TLU | 2.00 | Preparation of petition/schedules |
| 02/27/2020 | TLU | 2.00 | Preparation of schedules continued |
| 02/27/2020 | TLU | 1.50 | Conference with client to review schedules |
| 03/04/2020 | TLU | 3.50 | Preparation of creditor list continued with extensive business potential liability |
| 03/05/2020 | TLU | 0.20 | Correspondence from/to client re materials to complete filing |
| 03/05/2020 | TLU | 1.80 | Preparation of schedules continued with additional materials provided |
| 03/05/2020 | TLU | 1.50 | Preparation of plan and motion to extend stay |
| 03/06/2020 | TLU | 0.40 | Receipt and review of tax docs; revision to SOFA; correspondence to client re same |
| 03/06/2020 | TLU | 1.20 | Receipt and review of signed docs from client; correspondence from/to client re questions; filing and service of petition |
| 03/07/2020 | TLU | 0.30 | Correspondence from/to client re filing |
| 03/09/2020 | TLU | 0.20 | Correspondence to client re Creditors Meeting |
| 03/09/2020 | TLU | 0.20 | Correspondence to client re plan payments; correspondence to sheriff/lender re stay |
| 03/09/2020 | TLU | 0.20 | Correspondence to client re extend stay hearing |

| | | | |
|---|---|---|---|
| 03/27/2020 | TLU | 0.20 | Correspondence from/to client re creditors meeting |
| 03/30/2020 | TLU | 0.30 | Receipt and review of mortgage statements, escrow analysis, correspondence to client re same |
| 04/08/2020 | TLU | 0.50 | Review of file for Creditors Meeting |
| 04/08/2020 | TLU | 0.30 | Telephone conference with client re 341 meeting |
| 04/09/2020 | TLU | 1.00 | Attendance at Creditors Meeting; post-mortem with client after same |
| 04/14/2020 | TLU | 0.10 | Receipt and review of trustee's objection |
| 04/15/2020 | TLU | 0.20 | Preparation of and correspondence to client re precertification |
| 04/16/2020 | TLU | 0.20 | Correspondence to client re confirmation hearing |
| 04/16/2020 | TLU | 0.20 | Correspondence to attorney re modified lien |
| 04/24/2020 | TLU | 0.20 | Preparation and filing of change of creditor address |
| 05/05/2020 | TLU | 0.20 | Receipt and review of Internal Revenue Service claim against the plan |
| 05/07/2020 | TLU | 0.20 | Receipt and review of second mortgage claim against plan |
| 05/08/2020 | TLU | 0.20 | Receipt and review of Nextstar broadcasting claim |
| 05/08/2020 | TLU | 0.20 | Correspondence from/to client re foreclosure sale |
| 05/14/2020 | TLU | 0.30 | Correspondence from/to creditor WM re debt; correspondence to client re same |
| 05/15/2020 | TLU | 0.20 | Receipt and review of objection to plan; correspondence to client re same |
| 05/27/2020 | TLU | 0.30 | Correspondence from/to client re mortgage and Internal Revenue Service claims |
| 05/27/2020 | TLU | 0.20 | Correspondence to client re forbearance |
| 06/16/2020 | TLU | 0.50 | Preparation for confirmation; review of claims filed and unfiled, status of payment, status of certifications; correspondence to trustee's office re same |
| 06/19/2020 | TLU | 0.20 | Correspondence to/from client re trustee payments and proof of income |
| 07/02/2020 | TLU | 0.30 | Correspondence to/from Revenue re POC; telephone conference with L&I re POC |
| 07/20/2020 | TLU | 0.50 | Review for confirmation; email to/from PA Revenue and L&I; email to lender/trustee re continuance |
| 07/27/2020 | TLU | 0.20 | Correspondence from/to client re trustee payments |
| 07/28/2020 | TLU | 0.20 | Receipt and review of Revenue claim |
| 08/07/2020 | TLU | 0.20 | Correspondence from/to client re trustee payment and closings |
| 08/07/2020 | TLU | 0.40 | Preparation for confirmation |
| 08/13/2020 | TLU | 0.50 | Review of amended Revenue claim; correspondence to client re same; correspondence to Revenue agent re same |
| 08/14/2020 | TLU | 0.30 | Receipt and review of audit; correspondence to client re options |
| 09/09/2020 | TLU | 0.90 | Preparation of amended plan; correspondence to client re same |
| 09/14/2020 | TLU | 0.40 | Preparation of amended plan notice and certificate of mailing for filing |

| | | | |
|---|---|---|---|
| 10/06/2020 | TLU | 0.30 | Correspondence to/from client re paystub, trustee arrears and hearing |
| 10/07/2020 | TLU | 0.10 | Correspondence to client re Shellpoint correspondence about status request |
| 10/14/2020 | TLU | 0.20 | Telephone conference with lender counsel re resolution of objection to plan |
| 10/14/2020 | TLU | 0.50 | Preparation for confirmation; filing of request for compensation |
| 10/14/2020 | TLU | 0.20 | Preparation and filing of certificate of service of certified mail |
| 10/15/2020 | TLU | 0.30 | Telephone conference with lender counsel re objection proceeding |
| 10/15/2020 | TLU | 0.20 | Telephone conference with client re possible testimony |
| 10/16/2020 | TLU | 1.00 | Preparation for confirmation hearing argument |
| 10/16/2020 | TLU | 0.50 | Attendance at confirmation hearing argument (confirmed) |
| 10/19/2020 | TLU | 0.20 | Correspondence to client re confirmation order |
| 10/19/2020 | TLU | | Write-down of $4,060.00 |

| TOTAL HOURS | 30.20 | | Sub-total Fees: | $5,000.00 |
|---|---|---|---|---|

## Rate Summary

| | | | |
|---|---|---|---|
| Tracy L. Updike | | 30.20 hours at $165.56/hr | 5,000.00 |
| | Total hours: | 30.20 | |

**Expenses**      Amount

| | | |
|---|---|---|
| | Postage | 7.20 |
| 03/06/2020 | Filing Fees /USBC | 310.00 |
| 03/11/2020 | Infocon Corp search | 14.30 |
| 10/16/2020 | Court Call | 22.50 |
| | Sub-total Expenses: | $354.00 |

**Trust Account**      $0.00

| | | |
|---|---|---|
| 07/13/2020 | MEW Ck #55023/Transfer from Operating | 810.00 |
| 11/06/2020 | Fees & Costs/18838-0001 | (810.00) |
| | Ending Balance: | $0.00 |

| | |
|---|---|
| Total Current Billing: | $5,354.00 |
| Total Payments: | ($810.00) |
| **Total Now Due:** | **$4,544.00** |

**NOTE:**
**Statements not paid** within 30 days of their date bear interest thereafter at the rate of 1% per month or fraction thereof until paid.
**Please include** Client No. on check.
**Credit card payments** can be made online at www.mette.com.