EXHIBIT "D"

## Mette, Evans & Woodside
Attorneys at Law
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Phone No.: (717) 232-5000
Fax: (7170 236-1816
Federal Tax ID: 23-1985005

Statement Date: August 25, 2023
Statement as of: August 25, 2023

Jodi L. Auker
145 Summit Drive
Centre Hall, PA 16828

Client No. 18838-0001: Chapter 13 Bankruptcy

| Professional Fees | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/16/2021 | TLU | Correspondence to client re mortgage payment change | | 0.10 | 150.00 | 15.00 |
| 02/16/2021 | TLU | Correspondence from Trustee's office re arrears; correspondence to client re same | | 0.20 | 300.00 | 60.00 |
| 02/25/2021 | TLU | Correspondence from/to client re plan arrears and modification | | 0.20 | 300.00 | 60.00 |
| 02/26/2021 | TLU | Receipt of modification packet from attorney; forward same to client | | 0.10 | 300.00 | 30.00 |
| 03/01/2021 | TLU | Correspondence from/to client re forbearance and modification; correspondence to lender counsel re same | | 0.20 | 300.00 | 60.00 |
| 03/25/2021 | TLU | Correspondence from/to lender counsel re forbearance; correspondence to client re same | | 0.20 | 300.00 | 60.00 |
| 03/26/2021 | TLU | Correspondence from/to client re forbearance and modification | | 0.20 | 0.00 | No Charge |
| 03/29/2021 | TLU | Correspondence from lender counsel re forbearance; correspondence to client re same | | 0.20 | 0.00 | No Charge |
| 04/03/2021 | TLU | Correspondence from/to client re status of forbearance and ability to modify | | 0.20 | 0.00 | No Charge |
| 04/05/2021 | TLU | Correspondence from/to client re modification | | 0.20 | 0.00 | No Charge |
| 06/17/2021 | TLU | Receipt and review of motion to dismiss; preparation of stipulation re same; correspondence to client re same | | 0.20 | 300.00 | 60.00 |
| 07/16/2021 | TLU | Correspondence from client re proof of trustee payment; correspondence to trustee re same | | 0.20 | 300.00 | 60.00 |
| 07/20/2021 | TLU | Receipt and brief review of modification documents; correspondence to client re materials still needed | | 0.20 | 300.00 | 60.00 |
| 07/21/2021 | TLU | Correspondence to trustee re proof of payment made; receipt and review of withdrawal of motion to dismiss; forward same to client | | 0.10 | 300.00 | 30.00 |
| 07/21/2021 | TLU | Receipt and review of additional modification documents | | 0.10 | 300.00 | 30.00 |
| 08/05/2021 | TLU | Correspondence from/to client re modification application; receipt and review of paystubs for modification application | | 0.10 | 300.00 | 30.00 |
| 09/07/2021 | TLU | Correspondence from/to client re modification application | | 0.10 | 300.00 | 30.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/2021 | TLU | Receipt and review of additional materials for modification application | 0.10 | 300.00 | 30.00 |
| 11/12/2021 | TLU | Review materials for modification; label all materials with account number; Correspondence to lender re modification; emails to/from client re additional materials and trustee payment | 1.00 | 150.00 | 150.00 |
| 11/30/2021 | TLU | Correspondence to client re materials needed for modification | 0.20 | 150.00 | 30.00 |
| 12/03/2021 | TLU | Correspondence to/from client re modification status; correspondence to point of contact re same | 0.30 | 0.00 | No Charge |
| 12/07/2021 | TLU | Receipt and review of information needed for modification; telephone conference with client re same; correspondence from/to client re same | 0.60 | 0.00 | No Charge |
| 12/09/2021 | TLU | Correspondence from/to lender re modification; correspondence to/from client re form to complete; forward same to lender | 0.20 | 0.00 | No Charge |
| 12/17/2021 | TLU | Correspondence from lender re mod materials needed; correspondence to lender r esame | 0.20 | 0.00 | No Charge |
| 12/21/2021 | TLU | Correspondence from lender re application in underwriting | 0.10 | 300.00 | 30.00 |
| 12/23/2021 | TLU | Prepare additional to mod application; correspondence to/from client re same | 0.50 | 0.00 | No Charge |
| 12/28/2021 | TLU | Correspondence from/to client re appraisal | 0.20 | 0.00 | No Charge |
| 01/04/2022 | TLU | Correspondence from lender re mod packet complete and submitted | 0.10 | 300.00 | 30.00 |
| 01/06/2022 | TLU | Correspondence from lender re loan mod denial; correspondence to client re same | 0.20 | 300.00 | 60.00 |
| 01/18/2022 | RKV | Prepare motion to modify plan | 0.50 | 155.00 | 77.50 |
| 01/20/2022 | TLU | Receipt of amended motion to dismiss; correspondence to client re same; stipulation to client re same | 0.20 | 300.00 | 60.00 |
| 01/21/2022 | TLU | Receipt and review of mod denial letter; forward same to client | 0.20 | 300.00 | 60.00 |
| 01/25/2022 | RKV | File and serve motion to modify | 0.30 | 155.00 | 46.50 |
| 01/25/2022 | TLU | Correspondence to/from client re late payments for trustee | 0.20 | 150.00 | 30.00 |
| 01/28/2022 | TLU | Correspondence from/to client re modification denial and calculation of DTI ratio | 0.30 | 0.00 | No Charge |
| 01/31/2022 | TLU | Correspondence from/to client re loan modification denial and appeal | 0.30 | 0.00 | No Charge |
| 02/10/2022 | TLU | Receipt and review of escalation review; of documents previously submitted; correspondence to client re appeal argument | 0.50 | 0.00 | No Charge |
| 02/11/2022 | TLU | Receipt of withdrawal to dismissal; forward same to client | 0.10 | 150.00 | 15.00 |
| 02/11/2022 | TLU | Correspondence to/from client re delinquent mortgage payments | 0.20 | 300.00 | 60.00 |
| 02/12/2022 | TLU | Correspondence from/to client re appeal and idea of refinancing | 0.20 | 300.00 | 60.00 |
| 02/12/2022 | TLU | Receipt and review of objection to modified plan; correspondence to client re same; correspondence to lender counsel re status of modification and resolution | 0.20 | 300.00 | 60.00 |
| 02/13/2022 | TLU | Receipt and review of appeal; preparations of revisions to same; correspondence to client re same | 0.80 | 150.00 | 120.00 |

| 02/14/2022 | TLU | Review modification appeal; email and fax same to Shellpoint; correspondence from/to Shellpoint counsel re | 0.30 | 0.00 | No Charge |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | objection to plan | | | |
| 02/15/2022 | TLU | Correspondence from/to client (multiple) re appeal and request for new documents; preparation of new documents; correspondence to POC re copying me on all correspondence | 0.50 | 0.00 | No Charge |
| 02/16/2022 | TLU | Correspondence from/to lender attorney re status of objection | 0.10 | 300.00 | 30.00 |
| 02/16/2022 | TLU | Correspondence from/to client re PAHAF monies | 0.10 | 300.00 | 30.00 |
| 02/17/2022 | TLU | Correspondence to/from trustee re PAHAF consent | 0.10 | 300.00 | 30.00 |
| 02/18/2022 | TLU | Finalize items for modification resubmission; correspondence to client re items still needed | 0.80 | 150.00 | 120.00 |
| 02/22/2022 | TLU | Telephone conference with R. Solarz re post-petition arrears calculation for plan | 0.20 | 300.00 | 60.00 |
| 02/23/2022 | TLU | Correspondence from lender counsel re withdrawing objection | 0.10 | 300.00 | 30.00 |
| 02/23/2022 | TLU | Correspondence to/from client re amending plan again | 0.20 | 300.00 | 60.00 |
| 02/24/2022 | RKV | Prepare motion to modify plan | 0.50 | 155.00 | 77.50 |
| 02/24/2022 | TLU | Preparation of revised amended plan | 0.50 | 300.00 | 150.00 |
| 02/24/2022 | TLU | Correspondence to/from lender counsel re consent to withdrawal; preparation of same | 0.20 | 300.00 | 60.00 |
| 03/03/2022 | TLU | Correspondence to/from lender counsel (multiple) re escalation request | 0.30 | 0.00 | No Charge |
| 03/03/2022 | TLU | Correspondence from/to SPOC at Shellpoint about modification appeal and relook | 0.20 | 0.00 | No Charge |
| 03/04/2022 | TLU | Correspondence from/to client re status of modification; correspondence to/from attorney re same | 0.30 | 0.00 | No Charge |
| 03/10/2022 | TLU | Correspondence to client re mortgage payment change | 0.10 | 150.00 | 15.00 |
| 03/24/2022 | TLU | Correspondence from/to lender counsel re status of modification | 0.20 | 0.00 | No Charge |
| 03/28/2022 | TLU | Correspondence to client re modified plan order | 0.10 | 150.00 | 15.00 |
| 05/24/2022 | TLU | Correspondence from/to client re PAHAF status | 0.20 | 300.00 | 60.00 |
| 08/17/2022 | TLU | Correspondence to/from client re status of modification or refinance | 0.20 | 300.00 | 60.00 |
| 09/20/2022 | TLU | Correspondence from/to client re potential personal injury case | 0.10 | 300.00 | 30.00 |
| 12/22/2022 | RKV | Correspondence with client regarding financial management certification requirement | 0.10 | 155.00 | 15.50 |
| 02/22/2023 | TLU | Correspondence from/to client re status of income and payments | 0.10 | 300.00 | 30.00 |
| 02/28/2023 | TLU | Correspondence to client re mortgage payment change | 0.10 | 150.00 | 15.00 |
| 06/15/2023 | TLU | Correspondence from client re PAHAF funds; review of correspondence regarding same; correspondence to client re same | 0.20 | 300.00 | 60.00 |
| 06/19/2023 | TLU | Correspondence from/to client re PAHAF funds; correspondence to lender counsel re same | 0.20 | 300.00 | 60.00 |
| 06/20/2023 | TLU | Receipt and review of motion to dismiss; email to client re same | 0.10 | 300.00 | 30.00 |
| 06/21/2023 | TLU | Correspondence to client re options for motion to dismiss; preparation of stipulation re same | 0.10 | 300.00 | 30.00 |

| 06/29/2023 | TLU | Correspondence from/to client re stipulation resolving | 0.20 | 300.00 | 60.00 |

|  |  |  | motion to dismiss |  |  |  |
|---|---|---|---|---|---|---|
| 07/11/2023 | RKV |  | Correspondence to client re order on stipulation | 0.10 | 160.00 | 16.00 |
| 08/06/2023 | TLU |  | Correspondence from/to client re refinance of mortgage and audit of state taxes | 0.20 | 300.00 | 60.00 |
| 08/11/2023 | TLU |  | Correspondence from/to client re possible conversion | 0.10 | 300.00 | 30.00 |
| 08/21/2023 | TLU |  | Correspondence from/to client re listing house for sale | 0.10 | 300.00 | 30.00 |
| 08/25/2023 | TLU |  | Correspondence from/to client re mortgage payoff | 0.10 | 300.00 | 30.00 |
|  |  |  |  |  | Sub-total Fees: | $2,798.00 |

**Rate Summary**

| | | |
|---|---|---|
| Tracy L. Updike | 5.70 hours at $0.00/hr | 0.00 |
| Tracy L. Updike | 3.50 hours at $150.00/hr | 525.00 |
| Tracy L. Updike | 6.80 hours at $300.00/hr | 2,040.00 |
| Reagan K. VanSteenacker | 1.40 hours at $155.00/hr | 217.00 |
| Reagan K. VanSteenacker | 0.10 hours at $160.00/hr | 16.00 |
| Total hours: | 17.50 | |

| | |
|---|---|
| Total Current Billing: | $2,798.00 |
| Total Payments: | ($0.00) |
| **Total Now Due:** | **$2,798.00** |