IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| JODI L. AUKER | : CASE NO: 4:20-bk-00880-MJC |
| Debtor | : |

**NOTICE TO CREDITORS AND OTHER
PARTIES IN INTEREST**

Notice is hereby given that the above-named Debtor(s) filed an Amended Motion to Modify Debtor's Third Amended Plan and Fifth Amended Chapter 13 Plan on January 17, 2024 in the United States Bankruptcy Court. Objections to said Fifth Amended Plan shall be filed with the:

> Clerk, U.S. Bankruptcy Court
> The Sylvia H. Rambo US Courthouse
> 1501 North 6th Street
> Harrisburg, PA 17102

Objections to said Fifth Amended Plan shall be filed within twenty-one (21) days of the date of this Notice, prior to February 7, 2024. All Objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon counsel for Debtor and upon the Chapter 13 Trustee.

The Fifth Amended Plan supersedes all previously filed plans. A copy of the Fifth Amended Plan is enclosed with this notice.

If no objections are timely filed and properly served, the Court may enter an order granting the motion and approving the amended plan.

James K. Jones, Esq.
Cunningham, Chernicoff & Warshawsky, P.C.
2320 North Second Street
Harrisburg, Pennsylvania 17110
[Attorney for Debtor(s)]

Date of Notice: January 17, 2024