IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JODI L. AUKER | : | CASE NO. 4-20-00880-MJC |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

    I, Reagan K. VanSteenacker, Paralegal, with the law firm of Mette, Evans & Woodside, hereby certify that on March 5, 2024, a true and correct copy of Debtor's Motion to Sell Real Estate and Notice was by electronic means and/or first-class mail, postage prepaid served on the following:

                       SEE ATTACHED LIST.

                                   METTE, EVANS AND WOODSIDE

                                   By: /s/ Reagan K. VanSteenacker
                                        Reagan K. VanSteenacker

2371794v1

(p) JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

(p) M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Bureau of Compliance Commonwealth of Pennsyl
PO Box 280948
Harrisburg, PA 17128-0938

The Bank of New York Mellon
6200 S. Quebec Street
Greenwood Village, CO 80111-4720

The Bank of New York Mellon
c/o NewRez LLC dba Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0826

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

West Penn Power
1310 Fairmont Avenue
Fairmont, WV 26554-3526

303 Benner Pike Holdings Ltd Partners
c/o Dana S. Plon, Esq.
Sirlin Lesser & Benson, PC
123 South Broad Street, Suite 2100
Philadelphia, PA 19109-1042

611 MRI CT
2950 Fairway Drive, Suite 1
Altoona, PA 16602-4494

Yu Tai Chung
501 Westview Avenue
State College, PA 16803-3454

Advanced Disposal
Solid Waste of PA
PO Box 74008047
Chicago, IL 60674-8047

Ahmed Mohamet
426 Kemmerer Road
State College, PA 16801-6407

Anne Norling
100 Hawknest Way, Apt. 15
Bellefonte, PA 16823-5201

Arcadia Recovery Bureau, LLC
PO Box 6768
Wyomissing, PA 19610-0768

Ashley Furniture
1 Ashley Way
Arcadia, WI 54612-1200

Bank of America
275 S Valencia Avenue, CA7-70
Brea, CA 92823-6340

Breg, Inc.
PO Box 844628
Dallas, TX 75284-4628

Buckley Madole, P.C.
c/o Andrew Kussmaul
PO Box 9013
Addison, TX 75001-9013

Bureau of Account Management
3607 Rosemont Avenue, Suite 502
P.O. Box 8875
Camp Hill, PA 17001-8875

(p) CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cari Gustafson
105 Doubletree Place
State College, PA 16803

Carol Morrell
210 Beacon Circle
Boalsburg, PA 16827-1270

Carol Welch
2171 W. Union Street
Canton, PA 17724-8955

Centre Diagnostic Imaging
PO Box 197
State College, PA 16804-0197

Chad Byerlee
245 Governors Park Road
Bellefonte, PA 16823-2534

Christine Kondash
1436 Majestic View Road
State College, PA 16801-8425

Christopher Uhlig
1730 Bristol Avenue
State College, PA 16801-3071

(p) COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205-3956

Dawn Moss
131 Quartz Drive
Bellefonte, PA 16823-7505

| | | |
|---|---|---|
| Dept of Ed/Navient<br>123 Justison Street, 3rd Floor<br>Wilmington, DE 19801-5360 | Dept of Ed/Navient<br>PO Box 9635<br>Wilkes-Barre, PA 18773-9635 | Donald M. Hahn, Esq.<br>Stover McGlaughlin Gerace<br>919 University Drive<br>State College, PA 16801-6633 |
| Donna Smouse<br>100 Hawknest Way, Apt. 723<br>Bellefonte, PA 16823-5215 | EBI - Patient Pays<br>PO Box 8500<br>Philadelphia, PA 19178-8500 | Elizabeth Dupuis, Esq.<br>Babst, Calland, Clements & Zomnir<br>330 Innovation Blvd, Suite 302<br>State College, PA 16803-6611 |
| Erie Insurance<br>100 Erie Insurance Place<br>Erie, PA 16530-9000 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | William Shuey<br>122 Ramblewood Road<br>Penn. Furnace, PA 16865-9726 |
| First Data<br>5251 Westheimer Road<br>Houston, TX 77056-5412 | Frederic Weinberg, Esq.<br>1101 E. Hector Street, Ste 220<br>Conshohocken, PA 19428-2410 | Gail Lindsey<br>403 Helca Road<br>Mingoville, PA 16856 |
| Internal Revenue Service<br>Insolvency Section - BK notice<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | James Renninger<br>650 E. Guardlock Drive<br>Lock Haven, PA 17745-1849 | Janet Kirally<br>234 Limerock Terrace, Apt. 207<br>State College, PA 16801-7384 |
| Jennifer Wiker<br>661 Smith Road<br>Port Matilda, PA 16870-7902 | Jeremy Dreibelbis<br>120 Covalt Lane<br>Spring Mills, PA 16875-8437 | Jo Ping Hsu<br>722 Linnet Lane<br>State College, PA 16803-2506 |
| Joel Confer Ford<br>2892 Benner Pike<br>Bellefonte, PA 16823-8435 | Joshua Kirby<br>112 Ridge Avenue<br>State College, PA 16803-3522 | Julie Evey<br>4908 Nittany Valley Drive<br>PO Box 54<br>Lamar, PA 16848-0054 |
| KML Law Group, PC<br>c/o Brooke R. Waisbord<br>Suite 5000, 701 Market Street<br>Philadelphia, PA 19106-1541 | Karen Adams<br>404 Hawk Lane<br>Julian, PA 16844-9064 | Kay Shuey<br>174 Rosewood Cove<br>Bellefonte, PA 16823-8657 |
| Kerry Uhler<br>149 Robinson Road<br>Howard, PA 16841-4807 | Lakara Smith<br>119.5 E. Main<br>Lock Haven, PA 17745 | Law Offices of Miller, Kistler & Campbel<br>720 S. Atherton Street<br>State College, PA 16801-4669 |
| Leo Hartman<br>209 Wiltshire Drive<br>Bellefonte, PA 16823-7957 | Leslie Ramish<br>201 Tavern Terrace<br>Bellefonte, PA 16823-7138 | Lighthouse Medical<br>300 E. Walnut Avenue<br>Altoona, PA 16601-5210 |

| | | |
|---|---|---|
| M&T Bank, Financial Services<br>Attn: Keith P. Mangan<br>301 West Plank Road, 2nd Floor<br>Altoona, PA 16602-3015 | M&T Trust Company<br>1330 11th Avenue<br>Altoona, PA 16601-3302 | Margaret Kaleita<br>201 Outer Drive<br>State College, PA 16801-7930 |
| Matthew Klinger<br>PO Box 12034<br>State College, PA 16801 | Mazza Law Group<br>c/o Joseph Korsak, Esq.<br>3081 Enterprise Drive, Suite 2<br>State College, PA 16801-2756 | Metro Commercial Mgmt Services<br>303 Fellowship Road, Ste. 202<br>Mount Laurel, NJ 08054-1212 |
| Mike Naputano<br>250 Hawknest Road<br>State College, PA 16801-3245 | Millennium Health & Labs<br>PO Box 844468<br>Dallas, TX 75284-4468 | Mount Nittany Medical Center<br>1800 East Park Avenue<br>State College, PA 16803-6797 |
| Mount Nittany Medical Center<br>PO Box 536317<br>Pittsburgh, PA 15253-5905 | NE Kids<br>PO Box 2459<br>Christiansburg, VA 24068-2459 | National Recovery Agency, Inc.<br>P.O. Box 67015<br>Harrisburg, PA 17106-7015 |
| Nexstar Broadcasting, Inc.<br>c/o Gogi Malik<br>545 E. John Carpenter Freeway<br>Suite 700<br>Irving, TX 75062-3932 | Nicole Watson<br>160 Lorinda Lane<br>Bellefonte, PA 16823-8200 | WWCP/WATM/ThisTV<br>1450 Scalp Avenue<br>Johnstown, PA 15904-3339 |
| PA Department of Revenue<br>Bankruptcy Section<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PR Financing<br>200 S. Broad Street<br>Philadelphia, PA 19102-3803 | Paul Beauchemin<br>1926 Waddle Road, Apt. 1<br>State College, PA 16803-2694 |
| Peak Media of Pennsylvania, LLC<br>1450 Scalp Avenue<br>Johnstown, PA 15904-3339 | Waste Management<br>24516 Network Pl.<br>Chicago, IL 60673-1245 | Pennsylvania Dept. of L & I<br>UC Tax Matters<br>Office of Chief Counsel, 10th Fl<br>651 Boas Street<br>Harrisburg, PA 17121-0725 |
| RMS<br>PO Box 3100<br>Naperville, IL 60566-7100 | Richard Dillen<br>143 Whitman Circle<br>Pleasant Gap, PA 16823-3311 | Rodney Facer<br>209 Terra Sylvan Lane<br>Bellefonte, PA 16823-8655 |
| SYNCB/QVC<br>PO Box 965005<br>Orlando, FL 32896-5005 | Samantha Benson<br>2170 W. Union Street<br>Canton, PA 17724-8955 | Shellpoint Mortgage Servicing<br>for The Bank of New York Mellon<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| Shuping Jing<br>400 Hawknest Road<br>State College, PA 16801-3242 | Sirlin, Lesser & Benson<br>123 S. Broad Street, Ste. 2100<br>Philadelphia, PA 19109-1042 | WTAJ<br>201 Humboldt St.<br>Rochester, NY 14610-1041 |

Stephanie & Robert Neff
368 Lower Creek Road
Milroy, PA 17063-8825

Steve Lutz
1434 Willowbrook Drive
Boalsburg, PA 16827-1672

Steven Perryman
210 Upper Coleville Road
Bellefonte, PA 16823-8722

Stover, McGlaughlin, Gerace, Weyandt & McCor
919 University Drive
State College, PA 16801-6633

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Verizon Bankruptcy Admin
500 Technology Drive
Suite 550
Weldon, MO 63304-2225

The Bank of New York Mellon Trustee (See 410
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

The Standard Mattress Co.
d/b/a Gold Bond
261 Weston Street
Hartford, CT 06120-1209

Trish Notautomas
646 H Oakwood Avenue
State College, PA 16803-2643

University Orthopedic
c/o Berks Credit & Collection
PO Box 329
Temple, PA 19560-0329

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457