IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JODI L. AUKER,<br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC,<br>      Respondent,<br><br>      v.<br><br>JODI L. AUKER,<br>      Movant | Bankruptcy No. 4:20-bk-00880-MJC<br><br>Chapter 13<br><br>Related to Doc. No. 92 |

## WITHDRAWAL OF RESPONSE TO DEBTOR'S MOTION TO SELL

TO THE CLERK:

      Kindly withdraw the Response to Debtor's Motion to Sell (Docket No. 92) in the above-captioned matter. A proposed order resolving the Debtor's Motion to Sell was filed at Docket No. 94 on April 2, 2024. Thus, this Withdrawal is with the consent of the Debtor, Jodi L. Auker, through counsel James K. Jones.

Executed by: April 3, 2024

      Respectfully submitted,

      BERNSTEIN-BURKLEY, P.C.

      By: /s/*Keri P. Ebeck*
      Keri P. Ebeck, Esq.
      PA I.D. # 91298
      kebeck@bernsteinlaw.com
      601 Grant Street, 9th Floor
      Pittsburgh, PA 15219
      Phone - (412) 456-8112
      Fax - (412) 456-8135

      *Counsel for Specialized Loan Servicing, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 4:20-bk-00880-MJC |
|---|---|
| JODI L. AUKER,<br>       Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC,<br>       Respondent,<br><br>       v.<br><br>JODI L. AUKER,<br>       Movant | Chapter 13 |

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served Specialized Loan Servicing, LLC's Withdrawal of Response to Debtor's Motion to Sell on the parties at the addresses specified below or on the attached list on April 3, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| Jodi L. Auker<br>145 Summit Drive<br>Centre Hall, PA 16828 | James K Jones<br>Mette, Evans & Woodside<br>3401 N. Front St.<br>P.O. Box 5950<br>Harrisburg, PA 17110 |
|---|---|

ELECTRONIC NOTIFICATION

| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | *Asst. U.S. Trustee*<br>United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102 |
|---|---|

Case 4:20-bk-00880-MJC    Doc 95    Filed 04/03/24    Entered 04/03/24 16:50:30    Desc
Main Document      Page 2 of 3

Executed by: April 3, 2024

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Specialized Loan Servicing, LLC*