| In re: | Case No. 20-00880-MJC |
|---|---|
| Jodi L. Auker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5327968 | + Email/Text: mtgbk@shellpointmtg.com | Apr 15 2024 18:37:00 | The Bank of New York Mellon, c/o NewRez LLC dba Shellpoint Mortgage S, PO BOX 10826, Greenville, SC 29603-0826 |
| 5326420 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 15 2024 18:37:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving |

Home Equity Loan Trust Series 2007-A bkgroup@kmllawgroup.com

James K Jones
    on behalf of Debtor 1 Jodi L. Auker jkjones@mette.com rkvansteenacker@mette.com

Kaitlin Shire
    on behalf of Creditor The Bank of New York Mellon kshire@hillwallack.com
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Keri P Ebeck
    on behalf of Creditor Specialized Loan Servicing LLC kebeck@bernsteinlaw.com,
    btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michael Joshua Shavel
    on behalf of Creditor The Bank of New York Mellon mshavel@hillwallack.com
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Michael Patrick Farrington
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
    CERTIFICATEHOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH
    CERTIFICATES, SERIES 2007-1T1 mfarrington@kmllawgroup.com

Michael Patrick Farrington
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of
    CWALT, Inc., Alternative Loan Trust 2007-1T1, Mortgage Pass-Through Certificates Series 2017-1T1
    mfarrington@kmllawgroup.com

Tracy Lynn Updike
    on behalf of Creditor M&T BANK sbch13trusteeupdike@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE:<br>JODI L. AUKER,<br>       Debtor | :<br>:<br>:<br>: | CHAPTER 13<br><br>CASE NO. 4:20-bk-00880-MJC |
| JODI L. AUKER,<br>       Movant | :<br>:<br>: | |
| vs. | :<br>: | |
| BANK OF NEW YORK MELLON,<br>  c/o New Rez d/b/a Shellpoint Mortgage<br>  Servicing,<br>BANK OF NEW YORK MELLON,<br>  c/o Specialized Loan Servicing LLC, and<br>JACK N. ZAHAROPOULOS, ESQUIRE<br>STANDING CHAPTER 13 TRUSTEE<br>       Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | : |

## **ORDER**

Upon consideration of Debtor's Motion to Sell Real Estate, Dkt. # 89 ("Motion"), SN Specialized Loan Servicing, LLC's Answer thereto, Dkt. # 92 ("Answer"), and the subsequent withdrawal thereof, Dkt. # 95, and all other matters of record, after finding that creditors and parties-in-interest were properly noticed, and after a hearing held on April 12, 2024, it is hereby

**ORDERED** that the Motion under §363(b) of the Bankruptcy Code is hereby **GRANTED.** Debtor, along with her non-filing spouse Wayne L. Auker, is authorized to sell the real estate known and designated as 145 Summit Drive, Centre Hall, Pennsylvania under the terms of the Standard Agreement for the Sale of Real Estate entered into by the Sellers with Trevor J. Kepner and Lindsey Stratchko for a total consideration of $675,000.00.

Proceeds from the sale shall be distributed as follows:

    a.    traditional closing fees including, but not limited to, notary, lien certification, deed preparation and incidental repair and maintenance costs;

    b.    broker's fee in the amount of 3.750% of the sale price plus $195.00;

    c.    1% realty transfer tax;

    d.    payment in full of past due and pro-rated real estate taxes and other municipal liens upon the real estate;

    e.  payment in full of the mortgage lien held by Bank of New York Mellon c/o New Rez d/b/a Shellpoint Mortgage Servicing;

    f.  payment in full of the mortgage lien held by Bank of New York Mellon c/o Specialized Loan Servicing LLC in accordance with a payoff to be provided by Specialized Loan Servicing, LLC prior to any scheduled closing;

    g.  payment of attorney's fees to Mette, Evans & Woodside in the amount of $1,000.00 to be escrowed pending the submission of a fee application to this Court;

    h.  half of the remaining proceeds to Debtor's non-filing spouse, Wayne L. Auker;

    i.  debtor's exemption under §522(d)(1) of the Bankruptcy Code in the amount of $25,150 and remaining exemption under §522(d)(5) of the Bankruptcy Code in the amount of $1,022.26 for a total of $26,172.26 to debtor;

    j.  any remaining funds shall be distributed to Jack N. Zaharopoulos, Standing Chapter 13 Trustee, for distribution to unsecured claims.

  The sale shall not close if insufficient funds remain for the payment in full of the two mortgage liens on this property. Debtor, through her agents, shall use best efforts to determine the current payoff balance due on each mortgage prior to closing this transaction.

  Buyers are found to be good faith purchasers and the consideration paid for the real estate is fair and reasonable and free of fraud or collusion.

  This Order is effective immediately and the 14-day stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) and 6006(d) are inapplicable.

              By the Court,

              _____
              Mark J. Conway, Bankruptcy Judge
              Dated: April 12, 2024