

JAMES K. JONES, ESQUIRE

E-MAIL: jkjones@mette.com

December 18, 2024

Clerk
Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom, 4th Floor
Harrisburg, PA 17102

  Re: **Client Name: Jodi L. Auker**
     **Chapter 13 Case No. 4:20-bk-00880-MJC**

Dear Clerk:

Please make note of the change of address for the Creditor listed below in the above-referenced case:

  Old Address:  Jodi L. Auker
          145 Summit Drive
          Centre Hall, PA 16828

  New Address:  Jodi L. Auker
          1310 E. Park Hills Avenue
          State College, PA 16803

Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 232-5000.

              Very truly yours,

              METTE, EVANS & WOODSIDE

              James K. Jones, Esquire

3230467v1

3401 North Front Street, Harrisburg, PA 17011 717-232-5000 Fax 717-236-1816
7 Interplex Drive, Suite 400, Trevose, PA 19053 215-764-3115
www.mette.com