| | |
|---|---|
| In re: | Case No. 20-00880-MJC |
| Jodi L. Auker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: Dec 11, 2025 | Form ID: fnldecnd | Total Noticed: 104 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jodi L. Auker, 1310 E. Park Hills Avenue, State College, PA 16803-3242 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5309905 | + | 303 Benner Pike Holdings Ltd Partners, c/o Dana S. Plon, Esq., Sirlin Lesser & Benson, PC, 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 5309906 | + | 611 MRI CT, 2950 Fairway Drive, Suite 1, Altoona, PA 16602-4494 |
| 5325570 | + | 919 University Drive, State College, PA 16801-6633 |
| 5309907 | + | Advanced Disposal, Solid Waste of PA, PO Box 74008047, Chicago, IL 60674-8047 |
| 5309908 | + | Ahmed Mohamet, 426 Kemmerer Road, State College, PA 16801-6407 |
| 5309909 | + | Anne Norling, 100 Hawknest Way, Apt. 15, Bellefonte, PA 16823-5201 |
| 5309924 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, PO Box 117, Columbus, OH 43216 |
| 5309917 | | Cari Gustafson, 105 Doubletree Place, State College, PA 16803 |
| 5309918 | + | Carol Morrell, 210 Beacon Circle, Boalsburg, PA 16827-1270 |
| 5309919 | + | Carol Welch, 2171 W. Union Street, Canton, PA 17724-8955 |
| 5309920 | + | Centre Diagnostic Imaging, PO Box 197, State College, PA 16804-0197 |
| 5309921 | + | Chad Byerlee, 245 Governors Park Road, Bellefonte, PA 16823-2534 |
| 5309922 | + | Christine Kondash, 1436 Majestic View Road, State College, PA 16801-8425 |
| 5309923 | + | Christopher Uhlig, 1730 Bristol Avenue, State College, PA 16801-3071 |
| 5309926 | + | Dawn Moss, 131 Quartz Drive, Bellefonte, PA 16823-7505 |
| 5309929 | + | Donald M. Hahn, Esq., Stover McGlaughlin Gerace, 919 University Drive, State College, PA 16801-6633 |
| 5309930 | + | Donna Smouse, 100 Hawknest Way, Apt. 723, Bellefonte, PA 16823-5215 |
| 5309932 | + | Elizabeth Dupuis, Esq., Babst, Calland, Clements & Zomnir, 330 Innovation Blvd, Suite 302, State College, PA 16803-6611 |
| 5309935 | + | FNB as successor to Omega Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5309934 | + | First Data, 5251 Westheimer Road, Houston, TX 77056-5412 |
| 5309937 | + | Frederic Weinberg, Esq., 1101 E. Hector Street, Ste 220, Conshohocken, PA 19428-2410 |
| 5309938 | | Gail Lindsey, 403 Helca Road, Mingoville, PA 16856 |
| 5309940 | + | James Renninger, 650 E. Guardlock Drive, Lock Haven, PA 17745-1849 |
| 5309941 | + | Janet Kirally, 234 Limerock Terrace, Apt. 207, State College, PA 16801-7384 |
| 5309942 | #+ | Jennifer Wiker, 661 Smith Road, Port Matilda, PA 16870-7902 |
| 5309943 | + | Jeremy Dreibelbis, 120 Covalt Lane, Spring Mills, PA 16875-8437 |
| 5309944 | + | Jo Ping Hsu, 722 Linnet Lane, State College, PA 16803-2506 |
| 5309945 | + | Joel Confer Ford, 2892 Benner Pike, Bellefonte, PA 16823-8435 |
| 5309946 | + | Joshua Kirby, 112 Ridge Avenue, State College, PA 16803-3522 |
| 5309947 | + | Julie Evey, 4908 Nittany Valley Drive, PO Box 54, Lamar, PA 16848-0054 |
| 5309949 | + | Kay Shuey, 174 Rosewood Cove, Bellefonte, PA 16823-8657 |
| 5309950 | + | Kerry Uhler, 149 Robinson Road, Howard, PA 16841-4807 |
| 5309952 | | Lakara Smith, 119.5 E. Main, Lock Haven, PA 17745 |
| 5309953 | + | Law Offices of Miller, Kistler & Campbel, 720 S. Atherton Street, State College, PA 16801-4669 |

| Recip ID | | Recipient |
|---|---|---|
| 5309954 | + | Leo Hartman, 209 Wiltshire Drive, Bellefonte, PA 16823-7957 |
| 5309955 | + | Leslie Ramish, 201 Tavern Terrace, Bellefonte, PA 16823-7138 |
| 5309957 | + | M&T Bank, Financial Services, Attn: Keith P. Mangan, 301 West Plank Road, 2nd Floor, Altoona, PA 16602-3015 |
| 5309958 | + | M&T Trust Company, 1330 11th Avenue, Altoona, PA 16601-3302 |
| 5309965 | ++++ | MOUNT NITTANY MEDICAL CENTER, 155 WELLNESS WAY, STATE COLLEGE PA 16803-6797 address filed with court:, Mount Nittany Medical Center, 1800 East Park Avenue, State College, PA 16803 |
| 5309959 | + | Margaret Kaleita, 201 Outer Drive, State College, PA 16801-7930 |
| 5309960 | | Matthew Klinger, PO Box 12034, State College, PA 16801 |
| 5309961 | + | Mazza Law Group, c/o Joseph Korsak, Esq., 3081 Enterprise Drive, Suite 2, State College, PA 16801-2756 |
| 5309962 | + | Metro Commercial Mgmt Services, 303 Fellowship Road, Ste. 202, Mount Laurel, NJ 08054-1212 |
| 5309963 | + | Mike Naputano, 250 Hawknest Road, State College, PA 16801-3245 |
| 5309964 | + | Millennium Health & Labs, PO Box 844468, Dallas, TX 75284-4468 |
| 5309966 | + | Mount Nittany Medical Center, PO Box 536317, Pittsburgh, PA 15253-5905 |
| 5309968 | + | NE Kids, PO Box 2459, Christiansburg, VA 24068-2459 |
| 5309969 | + | Nexstar Broadcasting, Inc., c/o Gogi Malik, 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062-3932 |
| 5309970 | + | Nicole Watson, 160 Lorinda Lane, Bellefonte, PA 16823-8200 |
| 5309976 | + | PR Financing, 200 S. Broad Street, Philadelphia, PA 19102-3803 |
| 5309973 | + | Paul Beauchemin, 1926 Waddle Road, Apt. 1, State College, PA 16803-2694 |
| 5309974 | + | Peak Media of Pennsylvania, LLC, 1450 Scalp Avenue, Johnstown, PA 15904-3339 |
| 5309975 | + | Pennsylvania Dept. of L & I, UC Tax Matters, Office of Chief Counsel, 10th Fl, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 5309978 | + | RMS, PO Box 3100, Naperville, IL 60566-7100 |
| 5309977 | + | Richard Dillen, 143 Whitman Circle, Pleasant Gap, PA 16823-3311 |
| 5309979 | + | Rodney Facer, 209 Terra Sylvan Lane, Bellefonte, PA 16823-8655 |
| 5309980 | + | Samantha Benson, 2170 W. Union Street, Canton, PA 17724-8955 |
| 5309982 | + | Shuping Jing, 400 Hawknest Road, State College, PA 16801-3242 |
| 5309983 | + | Sirlin, Lesser & Benson, 123 S. Broad Street, Ste. 2100, Philadelphia, PA 19109-1042 |
| 5309985 | + | Stephanie & Robert Neff, 368 Lower Creek Road, Milroy, PA 17063-8825 |
| 5309986 | + | Steve Lutz, 1434 Willowbrook Drive, Boalsburg, PA 16827-1672 |
| 5309987 | + | Steven Perryman, 210 Upper Coleville Road, Bellefonte, PA 16823-8722 |
| 5325571 | + | Stover, McGlaughlin, Gerace, Weyandt & McCormick, 919 University Drive, State College, PA 16801-6633 |
| 5309989 | + | The Standard Mattress Co., d/b/a Gold Bond, 261 Weston Street, Hartford, CT 06120-1209 |
| 5309990 | + | Trish Notautomas, 646 H Oakwood Avenue, State College, PA 16803-2643 |
| 5309998 | + | WTAJ, 201 Humboldt St., Rochester, NY 14610-1041 |
| 5309999 | + | WWCP/WATM/ThisTV, 1450 Scalp Avenue, Johnstown, PA 15904-3339 |
| 5309997 | + | William Shuey, 122 Ramblewood Road, Penn. Furnace, PA 16865-9726 |
| 5310000 | + | Yu Tai Chung, 501 Westview Avenue, State College, PA 16803-3454 |

TOTAL: 71

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 18:47:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Dec 11 2025 18:39:20 | Specialized Loan Servicing, LLC, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Dec 11 2025 18:39:00 | The Bank of New York Mellon, c/o NewRez LLC dba Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 11 2025 18:39:00 | The Bank of New York Mellon, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5309910 | ^ | MEBN | Dec 11 2025 18:38:38 | Arcadia Recovery Bureau, LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 5309911 | ^ | MEBN | Dec 11 2025 18:38:58 | Ashley Furniture, 1 Ashley Way, Arcadia, WI 54612-1200 |
| 5309912 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 11 2025 18:39:00 | Bank of America, 275 S Valencia Avenue, CA7-70, Brea, CA 92823-6340 |
| 5309913 | ^ | MEBN | Dec 11 2025 18:39:01 | Breg, Inc., PO Box 844628, Dallas, TX |

| Recipient # | Type | Method/Email | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | 75284-4628 |
| 5309914 | + | Email/Text: POCInquiries@BonialPC.com | Dec 11 2025 18:39:00 | Buckley Madole, P.C., c/o Andrew Kussmaul, PO Box 9013, Addison, TX 75001-9013 |
| 5309915 | | Email/Text: Bankruptcy@BAMcollections.com | Dec 11 2025 18:39:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, P.O. Box 8875, Camp Hill, PA 17001-8875 |
| 5309916 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 18:46:58 | Capital One, PO Box 85015, Richmond, VA 23285-5075 |
| 5309925 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 11 2025 18:40:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5309928 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 11 2025 18:47:24 | Dept of Ed/Navient, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 5309927 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 11 2025 18:47:24 | Dept of Ed/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 5309931 | + | Email/Text: bankruptcies@zimmerbiomet.com | Dec 11 2025 18:40:00 | EBI - Patient Pays, PO Box 8500, Philadelphia, PA 19178-8500 |
| 5309933 | + | Email/Text: bankruptcy@erieinsurance.com | Dec 11 2025 18:40:00 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 5309936 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 11 2025 18:39:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5309939 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2025 18:39:00 | Internal Revenue Service, Insolvency Section - BK notice, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5309951 | ^ | MEBN | Dec 11 2025 18:38:43 | KML Law Group, PC, c/o Brooke R. Waisbord, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5309967 | | Email/Text: Bankruptcies@nragroup.com | Dec 11 2025 18:40:00 | National Recovery Agency, Inc., P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 5309972 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 18:40:00 | PA Department of Revenue, Bankruptcy Section, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5346776 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5309988 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:47:33 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 5309981 | | Email/Text: mtgbk@shellpointmtg.com | Dec 11 2025 18:39:00 | Shellpoint Mortgage Servicing, for The Bank of New York Mellon, PO Box 10826, Greenville, SC 29603-0826 |
| 5309984 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 11 2025 18:39:00 | Specialized Loan Servicing LLC, for The Bank of New York Mellon, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5310155 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 18:47:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5326420 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 11 2025 18:39:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 5327968 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 11 2025 18:39:00 | The Bank of New York Mellon, c/o NewRez LLC dba Shellpoint Mortgage S, PO BOX 10826, Greenville, SC 29603-0826 |
| 5309991 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 11 2025 18:40:00 | University Orthopedic, c/o Berks Credit & Collection, PO Box 329, Temple, PA 19560-0329 |
| 5326505 | | Email/PDF: ebn_ais@aisinfo.com | Dec 11 2025 18:47:24 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

| Recip ID | | | |
|---|---|---|---|
| 5309992 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 11 2025 18:39:00 | Verizon Bankruptcy Admin, 500 Technology Drive, Suite 550, Weldon, MO 63304-2225 |
| 5309993 | + | Email/Text: rmcbknotices@wm.com Dec 11 2025 18:40:00 | Waste Management, 24516 Network Pl., Chicago, IL 60673-1245 |
| 5309996 | + | Email/Text: bankruptcy@firstenergycorp.com Dec 11 2025 18:40:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, Financial Services, Attn: Keith P. Mangan, 301 West Plank Road, 2nd Floor, Altoona, PA 16602 |
| 5327951 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5309995 | *+ | Wayne Auker, 145 Summit Drive, Centre Hall, PA 16828-9137 |
| 5309948 | ##+ | Karen Adams, 404 Hawk Lane, Julian, PA 16844-9064 |
| 5309956 | ##+ | Lighthouse Medical, 300 E. Walnut Avenue, Altoona, PA 16601-5210 |
| 5309971 | ##+ | Nittany Sleep/Furniture Solutions, c/o Jodi Auker, 145 Summit Drive, Centre hall, PA 16828-9137 |
| 5309994 | ##+ | Wayne Auker, 145 Summit Dr., Centre Hall, PA 16828-9137 |

TOTAL: 0 Undeliverable, 3 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-1T1, Mortgage Pass-Through Certificates Series 2017-1T1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust Series 2007-A bkgroup@kmllawgroup.com |

James K Jones
    on behalf of Debtor 1 Jodi L. Auker jjones@cgalaw.com kbrayboy@cgalaw.com;jhall@cgalaw.com

Kaitlin Shire
    on behalf of Creditor The Bank of New York Mellon kshire@hillwallack.com
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Keri P Ebeck
    on behalf of Creditor Specialized Loan Servicing LLC kebeck@bernsteinlaw.com,
    btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michael Joshua Shavel
    on behalf of Creditor The Bank of New York Mellon mshavel@hillwallack.com
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Tracy Lynn Updike
    on behalf of Creditor M&T BANK sbch13trusteeupdike@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jodi L. Auker,<br>fka Jodi L. Sturek, | Chapter    13 |
| **Debtor 1** | Case No.    4:20−bk−00880−MJC |

Social Security No.:
    xxx−xx−4140

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Jodi L. Auker** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: December 11, 2025

**fnldec** (01/22)